```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA
MINUTE ENTRY
SEAR, J                                   2000 MAR 13  P 4: 02
MARCH 13, 2000
                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | MDL NO. 1321 |
| IN RE VISA INTERNATIONAL ASSOCIATION INTERNET GAMBLING LITIGATION | MDL NO. 1322 |

Upon review of the records in MDL 1321 and 1322, I find that in the record of MDL 1322 the docket sheet of Civil Action 99cv4833 of the Northern District of Illinois includes as a defendant party Bank One Corporation. I am a shareholder of Bank One Corporation. 28 USC §455(b)(4) requires that I recuse myself under those circumstances. MDL 1321 is a case closely related to MDL 1322. However, Bank One is not a defendant in that case.

The docket sheet of 99cv4833 of the Northern District of Illinois contains the following entry:

> 10/29/99   21   "MINUTE ENTRY of 10/26/99 by Hon. Charles P. Kocoras: Pursuant to stipulation, it is ordered that plaintiff voluntarily dismisses his complaint against defendant Bank One Corporation without prejudice and without costs to either party. Defendant Bank One's motion to dismiss and compel arbitration [9-1] is dismissed as moot and ruling date of 11/18/99 is

DATE OF ENTRY

MAR 1 4 2000

```
___Fee____
___Process_
_X_Dktd___
___CtRmDep_
___Doc.No.__
```

      stricken. [9-2] Status hearing set for 11/18/99 at 9:30 a.m. for plaintiff and remaining defendant Visa. (Entered order.) Mailed notice (hp) [Entry date 10/27/99]

Because defendant Bank One was dismissed **WITHOUT** prejudice and can be rejoined by any aggrieved party or as a tag along, in an abundance of caution and to avoid an appearance of impropriety, I recuse myself in both cases and request that, in the interest of judicial economy, both cases be reassigned.

                        _/s/ Morey L. Sear_
                        MOREY L. SEAR

                        UNITED STATES DISTRICT JUDGE