

**MINUTE ENTRY**
**DUVAL, J.**
**APRIL 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRCIT OF LOUSIANA

IN RE:

MASTERCARD
INTERNATIONAL INC.,
INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION (K)

JUDGE DUVAL
MAG. JUDGE CHASEZ

    **IT IS ORDERED** that MDL No. 1322 is hereby realotted from Magistrate Judge Africk to Magistrate Judge Chasez in accordance with the court's prior consolidation order.

DATE OF ENTRY
APR 1 0 2000