

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 11  P 2: 40

LORETTA G. WHYTE

**MINUTE ENTRY**
**DUVAL, J**
**MAY 10, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., | SECTION (K) |
| INTERNET GAMBLING LITIGATION | |
| | |
| THIS DOCUMENT RELATES TO: | JUDGE DUVAL |
| ALL ACTIONS | MAG. JUDGE CHASEZ |

It having come to the court's attention that there are numerous pending motions in this matter and in order to have a comprehensive discussion of said motions at the June 1st status conference,

**IT IS ORDERED** that counsel for each party that has filed a motion still pending in this matter shall submit to the court a letter explaining the status of each of his or her motions (e.g. whether there has been oral argument on the motion), together with a copy of all materials filed in connection with such motions, including memoranda in response and exhibits. All materials should be sent directly to chambers and received no later than **5:00 p.m. on Thursday, May 25,** at the following address:

DATE OF ENTRY
MAY 1 2 2000



500 Camp Street, Room C368
New Orleans, Louisiana 70130

An opportunity to respond to such correspondence shall be provided at the status conference.