

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 and 1322 |
| MASTERCARD | |
| INTERNATIONAL INC. | SECTION (K) |
| INTERNET GAMBLING | |
| LITIGATION | |
| | |
| THIS DOCUMENTS RELATES TO: | JUDGE DUVAL |
| CIVIL ACTION NO. 00-666 | MAG. JUDGE CHASEZ |

**MOTION TO ENROLL COUNSEL OF RECORD**

Pursuant to Local Rule 83.2.12, defendant, First Citizens Bank, moves this Court to enroll Gene W. Lafitte (Louisiana Bar #8091), Joe B. Norman (Louisiana Bar #8160), and John C. Anjier (Louisiana Bar #20083) of the law firm of Liskow & Lewis, 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139-5099, as counsel for First Citizens Bank.

Respectfully submitted,

_____
Gene W. Lafitte (Bar #8091)
Joe B. Norman (Bar #8160)
John C. Anjier (Bar #20083)
LISKOW & LEWIS
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099
(504)581-7979
Attorneys for First Citizens Bank

DATE OF ENTRY
JUN - 6 2000

280877_1 DOC

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 31st day of May, 2000.

_____

-3-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 and 1322 |
| MASTERCARD INTERNATIONAL INC. INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENTS RELATES TO: | JUDGE DUVAL |
| CIVIL ACTION NO. 00-666 | MAG. JUDGE CHASEZ |

## ORDER

Considering the foregoing Motion to Enroll Counsel of Record,

IT IS ORDERED that Gene W. Lafitte, Joe B. Norman, and John C. Anjier of the firm of Liskow & Lewis be and are hereby enrolled as counsel of record in this matter for First Citizens Bank.

New Orleans, Louisiana, this 5th day of _____, 2000.

_____
JUDGE

**THIS ORDER GRANTED ON CONDITION THAT THE TRIAL DATE IS UNAFFECTED.**