

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE DUVAL MAG. JUDGE CHASEZ |

## STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE

It having been STIPULATED and AGREED by Liaison Counsel for Defendants, counsel for Bank Defendants in the "test cases" selected by Plaintiffs, and Lead Plaintiffs' Counsel, the Court ORDERS the following changes to the briefing schedule set in the June 14, 2000 Minute Entry:

1. The date for filing Defendants' Rules 12 and 19 motions with respect to the federal law claims in the two test cases shall be moved from July 1, 2000 to July 10, 2000.

2. The date for filing Plaintiffs' responses to Defendants' motions shall be moved from August 1, 2000 to August 10, 2000.

3. The date for filing Defendants' Reply Briefs shall remain August 31, 2000.

DATE OF ENTRY
JUL 0 3 2000



533691/1

4. The date the Court shall hear oral argument on the motions shall remain September 13, 2000 at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 24th, 2000

BY THE COURT:

_____
Stanwood R. Duval
United States District Judge

STIPULATED AND APPROVED AS TO FORM:

O'MELVENY & MYERS LLP

WEIL, GOTSHAL & MANGES LLP

By: _Daniel H. Bookin /BWA_
Daniel H. Bookin
275 Battery Street, 25th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700

_____
Phillip A. Wittmann, 13625
Barry W. Ashe, 14056
Stone, Pigman, Walther, Wittmann
 & Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone: (504) 581-3200

Counsel for Visa International Service Association

By: _Jay N. Fastow /BWA_
Jay N. Fastow
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8644

Anthony Rollo, 01133
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana 70130-3477
Telephone: (504) 586-1200

Counsel for MasterCard International, Inc.

533691/1

LOCKE, LIDDELL & SAPP

By: /s/ Frank Massengale/BML
Frank Massengale, 9029
601 Poydras Street, Suite 2400
New Orleans, LA 70130
Telephone: (504) 558-5107

Counsel for Travelers Bank USA Corp.

BALLARD SPAHR ANDREWS & INGERSOLL LLP

By: /s/ Alan S. Kaplinsky/BML
Alan S. Kaplinsky
1735 Market Street, 51st Floor
Philadelphia, PA 190103-7599
Telephone: (215) 655-8500

Counsel for Fleet Bank (Rhode Island), NA and Fleet Credit Card Services, L.P.

THE MURRAY LAW FIRM

By: /s/ Stephen B. Murray
Stephen B. Murray, 9858
Suite 2550, LL&E Tower
909 Poydras Street
New Orleans, LA 70112-4000
Telephone: (504) 525-8100

Counsel for Plaintiffs and the Putative Classes

3

533691/1

## C E R T I F I C A T E

I hereby certify that a copy of the foregoing Stipulation and Order to Amend Briefing Schedule has been served upon each counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this **26th** day of June, 2000.

_____

*SF1 395163 1*