

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:**

**CIVIL ACTION**

**MDL NOS. 1321 and 1322**

**MASTERCARD**
**INTERNATIONAL INC.,**
**INTERNET GAMBLING**
**LITIGATION**

**SECTION (K)**

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

**JUDGE DUVAL**
**MAG. JUDGE CHASEZ**

## MOTION FOR LEAVE OF COURT
## TO FILE MEMORANDA IN EXCESS OF PAGE
## LIMITATION ESTABLISHED UNDER LOCAL RULES

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, who respectfully

request leave of court to file legal memoranda in excess of the page limitation established under the

local rules on the grounds that the memoranda to be filed respond to multiple motions filed pursuant

to Rule 12(b)6, and accordingly, the two consolidated responses to the Motions will exceed the

twenty-five (25) page limit.

Respectfully submitted:

**MURRAY LAW FIRM**


STEPHEN B. MURRAY (#9858)
**STEPHANIE M. LAWRENCE (T.A) (#14126)**
909 Poydras Street, Suite 2550
New Orleans, Louisiana   70122-4000
(504) 525-8100

DATE OF ENTRY

AUG 1 5 2000

Barry G. Reed
Keelyn M. Friesen
Robyn E. Anderson
ZIMMERMAN REED, P L L.P
901 North Third Street, Suite 100
Minneapolis, MN  55401
(612) 341-0400

W. Lewis Garrison
GARRISON AND SCOTT, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017
(212) 907-0700

William S. Weisberg
Craig S. Miller
SHEPPARD WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel

of record in this matter, by placing same in the United States mail, properly addressed and first class

postage prepaid, this _10th_ day of August, 2000

**STEPHANIE M. LAWRENCE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CIVIL ACTION
                                                    MDL NOS. 1321 and 1322

MASTERCARD                                                SECTION (K)
INTERNATIONAL INC.,
INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:                                JUDGE DUVAL
ALL ACTIONS                                         MAG. JUDGE CHASEZ

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT
TO FILE MEMORANDA IN EXCESS OF PAGE
LIMITATION ESTABLISHED UNDER LOCAL RULES**

**MAY IT PLEASE THE COURT:**

The captioned litigation has been consolidated in this Honorable Court pursuant to the rules

governing multi-district litigation in the Federal Courts. Pursuant to this Court's Order, Plaintiffs are

preparing to file two consolidated responses to multiple 12(b)6 Motions brought by defendants in

this multi-district litigation.  Because Plaintiffs will be responding to multiple Motions,  it will be

necessary to exceed the page limitation established by the local rules in  order to fully respond to all

of the issues raised in the defendants' Motions.

Accordingly, Plaintiffs respectfully request leave of Court to file the attached  Memoranda

exceeding the twenty-five (25) page limit.

Respectfully submitted:

**MURRAY LAW FIRM**

STEPHEN B. MURRAY (#9858)
**STEPHANIE M. LAWRENCE (T.A.)(#14126)**
909 Poydras Street, Suite 2550
New Orleans, Louisiana   70122-4000
(504) 525-8100

Barry G. Reed
Keelyn M. Friesen
Robyn E. Anderson
ZIMMERMAN REED, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, MN  55401
(612) 341-0400

W. Lewis Garrison
GARRISON AND SCOTT, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017
(212) 907-0700

William S. Weisberg
Craig S. Miller
SHEPPARD WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record in this matter, by placing same in the United States mail, properly addressed and first class postage prepaid, this _10th_ day of August, 2000

STEPHANIE M. LAWRENCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                          CIVIL ACTION
                                                          MDL NOS. 1321 and 1322

MASTERCARD                                                    SECTION (K)
INTERNATIONAL INC.,
INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:                                 JUDGE DUVAL
ALL ACTIONS                                           MAG. JUDGE CHASEZ

ORDER

CONSIDERING the foregoing Motion, it is hereby ORDERED, ADJUDGED AND

DECREED, that the Plaintiffs be, and hereby are granted leave of Court to file  Memoranda in

response to the pending 12(b)6 Motions in excess of the twenty-five (25) page limitations established

under the Local Rules of the United State District Court for the Eastern District of Louisiana

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2000.

_____
        J   U   D  G   E