F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 31  PM 4: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BRADLEY, on behalf of himself and all others similarly situated,

    Plaintiffs,

    v.

VISA INTERNATIONAL SERVICE ASSOCIATION AND TRAVELERS BANK USA CORP.,

    Defendants.

N.D. Cal. Case No. 00-1777 SBA

00-2002

**VISA INTERNATIONAL'S MOTION FOR LEAVE
OF COURT TO FILE REPLY BRIEF IN EXCESS
OF PAGE LIMITATION ESTABLISHED UNDER LOCAL RULES**

August 31, 2000

DATE OF ENTRY

SEP 8  2000

Fee_____
Process___
X  Dktd_____
___ CtRmDep____
___ Doc.No.____

NOW INTO COURT, through undersigned counsel, comes defendant, Visa International Service Association ("Visa"), who respectfully requests leave of court to file a reply brief in excess of the page limitation established under the local rules on the grounds that the reply brief to be filed responds to a forty-eight (48) page memorandum of plaintiffs in opposition to Visa's Rule 12(b)(6) motion.

Dated: August 31, 2000              Respectfully submitted,

DANIEL H. BOOKIN                    PHILLIP A. WITTMANN, 13625
GEORGE A. RILEY                     BARRY W. ASHE, 14056
DAVID B. NEWDORF                    STONE, PIGMAN, WALTHER,
O'MELVENY & MYERS LLP               WITTMANN & HUTCHINSON, L.L.P.
275 Battery Street                  546 Carondelet Street
San Francisco, CA 94111             New Orleans, LA 70130-3588
Telephone: (415) 984-8700           Telephone: (504) 581-3200


By: /s/ Daniel H. Bookin            By: /s/ Barry W. Ashe
    Daniel H. Bookin                    Barry W. Ashe
Counsel for Visa International Service   Counsel for Visa International Service
Association                          Association

542874/1

# **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing Visa International's Motion for Leave of Court to File Reply Brief in Excess of Page Limitation Established Under Local Rules has been served this 31st day of August, 2000, upon all defendants' counsel of record by placing same in the United States mail, postage prepaid and properly addressed, and upon the following plaintiff's counsel by Federal Express or hand delivery:

| | |
|---|---|
| Mr. Barry G. Reed<br>Zimmerman Reed, P.L.L.P.<br>901 North Third Street<br>Suite 100<br>Minneapolis, Minnesota 55401 | Mr. W. Lewis Garrison, Jr.<br>Garrison, Scott, Gamble<br>  & Rosenthal, P.C.<br>2117 Magnolia Avenue South<br>Birmingham, Alabama 35205 |
| Mr. James W. Johnson<br>Goodkind, LaBaton, Rudoff<br>  & Sucharow, L.L.P.<br>100 Park Avenue<br>New York, New York 10017 | Mr. Stephen B. Murray<br>Ms. Stephanie M. Lawrence<br>The Murray Firm<br>909 Poydras Street, Suite 2550<br>New Orleans, Louisiana 70130 |
| Mr. William S. Weisberg<br>Mr. Craig S. Miller<br>Sheppard, Weisberg and Miller<br>654 Sacramento Street<br>Second Floor<br>San Francisco, California 94111 | |

_____

542874/1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRADLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION AND TRAVELERS BANK USA CORP.,<br><br>Defendants. | N.D. Cal. Case No. 00-1777 SBA |

**MEMORANDUM IN SUPPORT OF
VISA INTERNATIONAL'S MOTION FOR LEAVE
OF COURT TO FILE REPLY BRIEF IN EXCESS
<u>OF PAGE LIMITATION ESTABLISHED UNDER LOCAL RULES</u>**

August 31, 2000

542879/1

Defendant, Visa International Service Association ("Visa"), submits this memorandum in support of its Motion for Leave of Court to File A Reply Brief in Excess of Page Limitation Established Under Local Rules. The captioned litigation has been consolidated in this Court pursuant to the rules governing multi-district litigation in the federal courts. Pursuant to this Court's Minute Entry, Visa has prepared a reply brief in support of its Rule 12(b)(6) motion to dismiss and to respond to plaintiff's opposition memorandum. Because Visa is responding to plaintiff's forty-eight (48) page opposition, for which plaintiffs sought and were granted leave of court to file as a memorandum in excess of the page limitation established by the local rules, it will be necessary for Visa to exceed the page limitation established by the local rules in order to respond fully to all of the issues raised in the plaintiff's opposition. These issues include plaintiff's allegations of at least eight substantive federal and state predicate violations.

Accordingly, Visa respectfully requests leave of court to file the attached reply brief exceeding the ten (10) page limit.

Dated: August 31, 2000           Respectfully submitted,

| | |
|---|---|
| DANIEL H. BOOKIN<br>GEORGE A. RILEY<br>DAVID B. NEWDORF<br>O'MELVENY & MYERS LLP<br>275 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700 | PHILLIP A. WITTMANN, 13625<br>BARRY W. ASHE, 14056<br>STONE, PIGMAN, WALTHER,<br>WITTMANN & HUTCHINSON, L.L.P.<br>546 Carondelet Street<br>New Orleans, LA 70130-3588<br>Telephone: (504) 581-3200 |
| By: _Daniel H. Bookin/BA_<br>Daniel H. Bookin<br>Counsel for Visa International Service Association | By: _Barry W. Ashe_<br>Barry W. Ashe<br>Counsel for Visa International Service Association |

542879/1

# CERTIFICATE

I hereby certify that a copy of the foregoing Visa International's Memorandum in Support of its Motion for Leave of Court to File Reply Brief in Excess of Page Limitation Established Under Local Rules has been served this 31st day of August, 2000, upon all defendants' counsel of record by placing same in the United States mail, postage prepaid and properly addressed, and upon the following plaintiff's counsel by Federal Express or hand delivery:

Mr. Barry G. Reed
Zimmerman Reed, P.L.L.P.
901 North Third Street
Suite 100
Minneapolis, Minnesota 55401

Mr. W. Lewis Garrison, Jr.
Garrison, Scott, Gamble
   & Rosenthal, P.C.
2117 Magnolia Avenue South
Birmingham, Alabama 35205

Mr. James W. Johnson
Goodkind, LaBaton, Rudoff
   & Sucharow, L.L.P.
100 Park Avenue
New York, New York 10017

Mr. Stephen B. Murray
Ms. Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Mr. William S. Weisberg
Mr. Craig S. Miller
Sheppard, Weisberg and Miller
654 Sacramento Street
Second Floor
San Francisco, California 94111

_____

542879/1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | CIVIL ACTION<br>MDL NOS. 1321 AND 1322<br><br>SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRADLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION AND TRAVELERS BANK USA CORP.,<br><br>Defendants. | N.D. Cal. Case No. 00-1777 SBA |

## **ORDER**

Considering the foregoing Motion of Visa International Service Association for

Leave of Court to File Reply Brief in Excess of Page Limitation Established Under Local Rules,

542889/1

It is hereby **ORDERED, ADJUDGED AND DECREED** that Visa International Service Association be and is hereby granted leave of court to file a reply brief in excess of the ten (10) page limit established under the Local Rules of the United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this ___ day of _____, 2000

_____
UNITED STATES DISTRICT JUDGE

542889/1