

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NO. 1321 |
| MASTERCARD<br>INTERNATIONAL, INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY THOMPSON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>MASTERCARD INTERNATIONAL INC., FLEET BANK (RHODE ISLAND), N.A., AND FLEET CREDIT CARD SERVICES, L.P.,<br><br>　　　　　　　　Defendants. | Case No. 00 Civ. 3710 (JGK) |

N0554734 1

DATE OF ENTRY
SEP 8 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 29

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW INTO COURT, through undersigned counsel, come defendants, Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P., who respectfully request that this Court grant them leave to exceed the ten-page limitation set forth in Local Rule 7.8.1 with respect to their Reply Memorandum in further support of their Motion to Dismiss. Defendants submit that the additional pages are necessary to address all of the issues raised by plaintiffs.

Respectfully submitted,

_____
R. Patrick Vance (13008)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8000
Facsimile (504) 582-8011

Alan S. Kaplinsky
Martin C. Bryce, Jr.
BALLARD SPAHR ANDREWS
    & INGERSOLL, L.L.P.
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone (215) 665-8500
Facsimile (215) 865-8999

Attorneys for Defendants Fleet Bank (R.I.), N.A.
and Fleet Credit Card Services, L.P.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing pleading has been served by U.S. Mail, postage prepaid and properly addressed, to the following:

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130
Counsel for Plaintiffs

Anthony Rollo
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana 70130
Counsel for MasterCard International Inc.

Phillip A. Wittmann
Barry W. Ashe
Stone, Pigman, Walther, Wittmann
   & Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Counsel for Visa International Services
   Association

and by Federal Express on the following:

Barry G. Reed
Zimmerman Reed, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, Minnesota 55401

    and

W. Lewis Garrison
Garrison, Scott, Gamble & Rosenthal, P.C.
2117 Magnolia Avenue South
Birmingham, Alabama 35205
Counsel for Plaintiffs

Jay N. Fastow
Weil, Gotshal & Manges, L.L.P.
767 Fifth Avenue
New York, New York 10153
Counsel for MasterCard Intenational Inc.

Daniel H. Bookin
David B. Newdorf
O'Melveny & Myers, L.L.P.
275 Battery Street, 25th Floor
San Francisco, California 94111-3305
Counsel for Visa International Services
   Association

and by U.S. Mail, postage prepaid, on the following:

Benjamin Klubes
Skadden, Arps, Slate, Meagher &
   Flom, L.L.P.
1440 New York Avenue, NW
Washington, D.C. 20005-2111
Counsel for First Capital Corporation
   and Associates National Bank

Christopher Lipsett
Wilmer, Cutler & Pickering
2445 M Street, NW
Washington, D.C. 20037
Counsel for Citibank (South Dakota), N.A.

James McCabe
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482
Counsel for Capital One Bank,
  First Citizens Bank, MBNA American
  Bank, N.A., Wachovia Bank, N.A., and
  Wachovia Bank Card Services

Edwin O. Rogers
Hand Arendall, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Counsel for Fidelity Federal Bank

Lawrence E. Miller
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
One Riverfront Plaza
Newark, New Jersey 07102
Counsel for First Union National Bank

Scott D. Marcus
Sidley & Marcus
555 West Fifth Street
Los Angeles, California 90013
Counsel for Heritage Bank of Commerce

William H. Morrow
Lightfoot, Franklin & White
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Counsel for Providian National Bank

Scott A. Fink
Gibson, Dunn & Crutcher, L.L.P.
Telesis Tower
One Montgomery Street
San Francisco, California 94104-4504
Counsel for Prudential Bank and Trust
  Company

Frank Massengale
Locke, Liddell & Sapp
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Counsel for Citibank (South Dakota), N.A.

Michael L. Edwards
Balch & Bingham L.L.P.
Post Office Box 306
Birmingham, Alabama 35201
Counsel for First USA Bank, N.A.

Gene W. Lafitte
Liskow & Lewis, A Professional Law
  Corporation
One Shell Square, 50th Floor
New Orleans, Louisiana 70139
Counsel for First Citizens Bank

this 31st day of August, 2000

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | CIVIL ACTION<br>MDL NO. 1321<br><br>SECTION (K)<br><br><br><br>JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY THOMPSON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>MASTERCARD INTERNATIONAL INC., FLEET BANK (RHODE ISLAND), N.A., AND FLEET CREDIT CARD SERVICES, L.P.,<br><br>                    Defendants. | Case No. 00 Civ. 3710 (JGK) |

N0554734 1

## **ORDER**

Considering the foregoing Motion for Leave to Exceed Page Limit;

IT IS ORDERED that Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P. be and they are permitted to file their Reply Memorandum in Further Support of Their Motion to Dismiss, which exceeds the page limits of Local Rule 7.8.1.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0554734 1