

FILED
U.S. DISTRICT COURT
EASTERN ... OF LA

2... AUG 31 ... 10

L... ... TE
...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NO. 1321 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY THOMPSON, on behalf of himself and all
others similarly situated,

Plaintiffs,

versus

MASTERCARD INTERNATIONAL, INC.,
FLEET BANK (RHODE ISLAND), N.A. and
FLEET CREDIT CARD SERVICES, L.P.,

Defendants.

Case No. 00 Civ. 3710 (JGK)

**MASTERCARD INTERNATIONAL INCORPORATED'S
MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT
TO FILE REPLY MEMORANDUM IN EXCESS OF TEN PAGES**

DATE OF ENTRY

SEP 8 2000

1



Defendant MasterCard International Incorporated ("MasterCard"), in accordance with the Local Rules, moves this Court for leave to file the attached Reply Memorandum in Support of Its Motion to Dismiss For Failure to State a Claim Under Rule 12(b)(6), which is in excess of the ten page limit. Grounds for exceeding the page limitation exist because MasterCard is unable to respond to the many disputed arguments in the plaintiff's forty-four page opposition memorandum within the ten-page limit. Furthermore, a complete briefing of the disputed arguments will assist the Court in analyzing the pertinent issues in this matter.

Respectfully submitted,

David S. Willenzik (#13487)
Anthony Rollo (#01133)
MCGLINCHEY STAFFORD
A Professional Limited Liability Company
643 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile: (504) 596-2800

Jay N. Fastow
Yoav M. Griver
Chad Chambers
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Defendant MasterCard International Incorporated

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum For Leave of Court to File Reply Memorandum in Excess of Ten Pages, filed by Defendant MasterCard International Incorporated, has been duly served upon the following persons in the following manner, this the _31st_ day of August 2000.

| *VIA FEDERAL EXPRESS:* | *VIA UNITED STATES MAIL:* |
|---|---|
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant Visa*** |
| Barry G. Reed | ***International Service Association*** |
| ZIMMERMAN REED, P.L.L.P. | Daniel H. Bookin |
| 901 North Third Street, Ste. 100 | David B. Newdorf |
| Minneapolis, MN 55401 | O'MELVENY & MYERS, LLP |
| | 275 Battery Street, 25th Floor |
| W. Lewis Garrison | San Francisco, CA 94111-3305 |
| GARRISON, SCOTT, GAMBLE & | |
| ROSENTHAL, P.C. | ***Attorneys for Defendant Visa*** |
| 2117 Magnolia Avenue South | ***International Service Association*** |
| Birmingham, AL 35205 | Phillip A. Wittmann |
| | Barry W. Ashe |
| James W. Johnson | STONE PIGMAN WALTHER WITTMANN |
| GOODKIND LABATON, RUDOFF & | & HUTCHINSON, LLP |
| SUCHAROW, LLP | 546 Carondelet Street |
| 100 Park Avenue | New Orleans, LA 70130 |
| New York, NY 10017 | |
| | ***Attorneys for Defendant Associates First*** |
| Stephen B. Murray | ***Capital Corporation and Associates National*** |
| Stephanie M. Lawrence | ***Bank*** |
| THE MURRAY LAW FIRM | Benjamin Klubes |
| 909 Poydras Street, Ste. 2550 | SKADDEN, ARPS, SLATE, MEAGER & |
| New Orleans, LA 70130 | FLOM, LLP |
| | 1440 New York Avenue, NW |
| | Washington, DC 20005-2111 |

*Attorneys for Defendants Capital One Bank;*
*Chase; First Citizens Bank, MBNA America*
*Bank, N.A.; Wachovia Bank, N.A.; and*
*Wachovia Bank Card Services*
James M. McCabe
MORRISON & FOERSTER, L L.P
425 Market Street
San Francisco, CA 94105-2482

*Attorneys for Defendant Citibank (South*
*Dakota), N.A.*
Christopher Lipsett
WILMER, CUTLER & PICKERING
2445 M. Street, NW
Washington, DC 20037

Frank Massengale
LOCKE, LIDDELL & SAPP
501 Poydras Street, Ste. 2400
New Orleans, LA 70130

*Attorneys for Defendant Fidelity Federal*
*Bank*
Edwin O. Rogers
HAND ARENDALL, L.L.C.
900 Park Place Tower
200 Park Place North
Birmingham, AL 35203

*Attorneys for Defendant First Union*
*National Bank*
Lawrence E. Miller
LEBOEUF, LAMB, GREENE & MACRAE,
L.L.P.
One Riverfront Plaza
Newark, NJ 07102

*Attorneys for Defendant First USA Bank*
*N.A.*
Michael L. Edwards
BALCH & BINGHAM, L L.P.
P. O. Box 306
Birmingham, AL 35201

*Attorneys for Defendant Heritage Bank of*
*Commerce*
Scott D. Marcus
SIDLEY & AUSTIN
555 West Fifth Street
Los Angeles, CA 90013

*Attorneys for Defendant Pentagon Federal*
*Credit Union*
Thomas J. Kavaler
CAHILL, GORDON & REINDEL
80 Pine Street
New York, NY 10005

*Attorneys for Defendant Providian National*
*Bank*
William H. Morrow
LIGHTFOOT, FRANKLIN & WHITE
The Clark Building
400 North 20th Street
Birmingham, AL 35203

*Attorneys for Defendant Prudential Bank*
*and Trust Company*
Scott A. Fink
GIBSON, DUNN & CRUTCHER, L.L.P.
One Montgomery Street
Telesis Tower
San Francisco, CA 94104-4504

*Attorneys for Defendants Associates National Bank; Associates First Capital Corporation; Capital One Bank; Fidelity Federal Bank; First Union National Bank; First USA Bank, N.A.; Heritage Bank of Commerce; MBNA America Bank, N.A.; Pentagon Federal Credit Union; Providian National Bank; Prudential Bank & Trust Co.; Wachovia Bank, N.A.; Wachovia Bank Card Services*
R. Patrick Vance
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

*Attorneys for Defendant First Citizens Bank*
Gene W. Lafitte
LISKOW & LEWIS, A PROFESSIONAL LAW CORPORATION
One Shell Square, 50th Floor
New Orleans, LA 70139

*Attorneys for Defendant Bank of America*
Arne Wagner
MORRISON & FOERSTER, L.L.P.
425 Market Street
San Francisco, CA 94105-2482

*Attorneys for Defendants AT&T and Traveler's Bank*
Christopher Lipsett
WILMER, CUTLER & PICKERING
2445 M Street, N.W
Washington, DC 20037

*Attorneys for Fleet Bank*
Alan S. Kaplinsky
Ballard Spahr Andrews & Ingersoll, L L P.
1735 Market Street
51st Floor
Philadelphia, PA 19103

*Attorneys for Peoples Bank*
William J. Wenzel
Pullman & Comley, L.L C
850 Main Street
Bridgeport, CT 06601

*Attorneys for Central Carolina Bank & Trust*
James A. Cole, Jr.
Stubbs, Cole, Breedlove, Prentis & Biggs, P.L.L.C.
P. O. Box 736
Durham, NC 27702

*Attorneys for M&T Bank Corp.*
John Fahnestock
M&T BANK CORP.
One M&T Plaza, 12th Floor
Buffalo, NY 14203

*Attorneys for Union Bank of California, N.A.*
Richard P. Jeffries
KUTAK ROCK, L.L.P.
1650 Farnam Street
Omaha, NE 68102

Anthony Rollo
MCGLINCHEY STAFFORD
643 Magazine Street
New Orleans, LA 70130
(504) 586-1200

Attorneys for Defendant MasterCard International
Incorporated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE:

MASTERCARD
INTERNATIONAL INC.,
INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

CIVIL ACTION
MDL NO. 1321

SECTION (K)

JUDGE DUVAL
MAG. JUDGE CHASEZ

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY THOMPSON, on behalf of himself and all others similarly situated,

Plaintiffs,

versus

MASTERCARD INTERNATIONAL, INC.,
FLEET BANK (RHODE ISLAND), N.A. and
FLEET CREDIT CARD SERVICES, L.P.,

Defendants.

Case No. 00 Civ. 3710 (JGK)

## ORDER

UPON CONSIDERATION of the foregoing motion of MasterCard International

Incorporated for leave to file reply memorandum in excess of ten pages;

IT IS ORDERED that MasterCard International Incorporated be, and it is hereby granted leave to file its Reply Memorandum In Support of Its Motion to Dismiss For Failure to State a Claim Under Rule 12(b)(6), and the Clerk of Court is hereby directed to file the reply memorandum of record.

New Orleans, Louisiana this ____ day of _____, 2000.

_____
                                JUDGE

218073.1

2