

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2000 SEP -7 PM
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NO. 1321 |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY THOMPSON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MASTERCARD INTERNATIONAL INC., FLEET BANK (RHODE ISLAND), N.A., AND FLEET CREDIT CARD SERVICES, L.P.,<br><br>Defendants. | Case No. 00 Civ. 3710 (JGK)<br><br>00-1986 |

N0536718 1

DATE OF ENTRY
SEP 1 4 2000



Fee $5.00
__ 1 codess
X Dktd
__ CtRmDep
Doc.No. 33

## MOTION TO APPEAR *PRO HAC VICE*
## AND TO ENROLL COUNSEL OF RECORD

ON MOTION of R. Patrick Vance of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L. L. P., a member of the bar of this Court, pursuant to Local Rule 83.2.6, and upon suggesting to the Court that Alan S. Kaplinsky and Martin C. Bryce, Jr. are members in good standing of the Bar of the District of Pennsylvania and desire to be permitted to appear *pro hac vice* in this case. Attached herewith are Certificates of the Supreme Court of Pennsylvania showing that applicants have been admitted to that court and are in good standing therein. Also attached are affidavits by the applicant attorneys indicating that no disciplinary proceedings or criminal charges have been instituted against them.

Pursuant to Local Rule 83.2.12, defendants, Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P., move this Court to also enroll R. Patrick Vance (Louisiana Bar # 13008) of the Jones, Walker, Waechter, Poitevent, Carrère & Denègre firm, 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100, as their counsel.

WHEREFORE, mover prays for an order permitting Alan S. Kaplinsky and Martin C. Bryce, Jr. to appear *pro hac vice* in this case and to enroll R. Patrick Vance as counsel for Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P.

Respectfully submitted,

R. PATRICK VANCE (13008)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8000
Attorney for Defendants Fleet Bank (R.I.), N.A.
   and Fleet Credit Card Services, L.P.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NO. 1321 |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO: | JUDGE DUVAL |
| THE BELOW-CAPTIONED ACTION | MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY THOMPSON, on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br>   v.<br><br>MASTERCARD INTERNATIONAL INC., FLEET BANK (RHODE ISLAND), N.A., AND FLEET CREDIT CARD SERVICES, L.P.,<br><br>                        Defendants. | Case No. 00 Civ. 3710 (JGK) |

N0531746.1

## EX PARTE ORDER

Considering the foregoing Motion;

IT IS ORDERED that Alan S. Kaplinsky and Martin C. Bryce, Jr., of the firm of Ballard Spahr Andrews & Ingersoll L.L.P., 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599, be permitted to appear *pro hac vice* on behalf of Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P.

IT IS FURTHER ORDERED that R. Patrick Vance, Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L. L. P., 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100, is also hereby enrolled as counsel of record on behalf of Fleet Bank (R.I.), N.A. and Fleet Credit Card Services, L.P.

New Orleans, Louisiana, this 12th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0531746 1