UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE; MASTERCARD INTERNATIONAL INC. INTERNET GAMBLING LITIGATION

CIVIL ACTION

MDL NO: 00-1321

REF NO. 00-1986
REF NO. 00-2002

SECTION: "K"(5)

COURTROOM DEPUTY: SHEENA DEMAS
COURT REPORTER: RHONDA HARDIN

Wednesday, September 13, 2000 at 9:30 a.m.
JUDGE STANWOOD R. DUVAL, JR. PRESIDING

Mtn of deft, Mastercard to dismiss for failure to state a claim under Rule 12(b)(6), filed 7/10/00, doc. 19.
ORAL ARG. PER COURT DOC. 12.
Mtn of deft, Fleet Bank (R.I.), N.A. & Fleet Credit Card Svcs, L.P. to dismiss, filed 7/10/00, doc. 21.
ORAL ARG. PER COURT DOC. 12.
Mtn of deft, Visa Int'l to dismiss for failure to state a claim under Rule 12(b)(6), filed 7/10/00, doc. 17.
ORAL ARG. PER COURT DOC. 12.
Mtn of deft, Travelers Bank USA to dismiss the complt pursuant to Rules 12(b) and 19, filed 7/10/00, doc. 16.
ORAL ARG. PER COURT DOC. 12.

APPEARANCES:   (See the attached list).

Case called; all present and ready.
Oral argument by parties.
These matters are SUBMITTED.
Court adjourns at 12:18 pm.

DATE OF ENTRY
SEP 1 5 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____