```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2001 FEB 23  PM 5: 17

                                     LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                              CIVIL ACTION
                                                    MDL NOS. 1321 & 1322
MASTERCARD
INTERNATIONAL INC.,
INTERNET GAMBLING                                   SECTION (K)
LITIGATION, and VISA
INTERNATIONAL SERVICE
ASSOCIATION INTERNET
GAMBLING LITIGATION

                                                    JUDGE DUVAL
                                                    MAG. JUDGE CHASEZ


## JUDGMENT

Considering the order and reasons issued this day and considering the fundamental legal issues presented in the two test cases, <u>Larry Thompson v. MasterCard International, Inc. et al</u>, C.A. 00-1986 and <u>Lawrence Bradley v. Visa et al</u>, C.A. 00-2002, which are dispositive to all other cases consolidated in this multidistrict litigation, the Court finds that were final judgment not entered on these cases, it is likely that the Court of Appeals would have to decide issues more than one time in subsequent appeals in this multidistrict litigation, and the substance of the Court's ruling which deprives it of subject matter jurisdiction as to all pendent claims in all cases, and that the interests of justice outweigh the federal policy against piecemeal appeals, the

```
DATE OF ENTRY

FEB 2 6 2001
```



Court finds no just reason for delay in entering judgment pursuant to Fed. R. Civ. P. 54(b).

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendants, MasterCard International, Inc., Fleet Bank and Fleet Credit Card Services, Visa International Service Association and Travelers Bank USA Corp. and against plaintiffs, Larry Thompson and Lawrence Bradley, dismissing the complaint with prejudice each party to bear her or its respective costs.

New Orleans, Louisiana, the 23rd day of February 2001

```
                                    _____
                                         STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE
```