UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CIVIL ACTION
                                                MDL NOS. 1321 & 1322

MASTERCARD INTERNATIONAL INC.,
INTERNET GAMBLING LITIGATION,                   SECTION (K)
and VISA INTERNATIONAL SERVICE
ASSOCIATION INTERNET GAMBLING
LITIGATION

                                                JUDGE STANWOOD R. DUVAL, JR.
                                                MAG. JUDGE CHASEZ

## WITHDRAW OF NOTICE OF APPEAL

Plaintiffs in the thirty-three (33) cases filed in MDL 1321 and 1322 hereby withdraw the appeal to the United States Court of Appeals for the Fifth Circuit which was filed on March 8, 2001 from this Court's decision entered February 26, 2001, granting Defendants' Motion to Dismiss with prejudice in two test cases, <u>Larry Thompson v. MasterCard International, Inc., Fleet Bank (Rhode Island), N.A. and Fleet Credit Card Services L.P.</u>, C.A. No. 00-1986, test case in MDL-1321 and <u>Lawrence Bradley v. Visa International Service Association and Travelers Bank USA Corp.</u>, C.A. 00-2002, test case in MDL-1322

A copy of the Notice of Appeal Plaintiffs seek to withdraw is attached hereto.

Dated: 23 Mar 01

Stephen B. Murray Jr.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

Barry G. Reed
Keelyn M. Friesen
ZIMMERMAN REED, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, MN 55401
(612) 341-0400

W. Lewis Garrison
GARRISON AND SCOTT, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017
(212) 907-0700

William S. Weisberg
Craig S. Miller
SHEPPARD WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

ATTORNEYS FOR PLAINTIFF
AND THE CLASS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

*IN RE: MASTERCARD INTERNATIONAL, INC.*
*INTERNET GAMBLING LITIGATION*
MDL NO. 1321
*IN RE: VISA INT'L ASSOCIATION INTERNET*
*GAMBLING LITIGATION*
MDL NO. 1322

SERVICE LIST

*Attorneys for Plaintiffs:*

Barry G. Reed
Keelyn M. Friesen
ZIMMERMAN REED, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, MN 55401
(612) 341-0400

W. Lewis Garrison
Honza Prchal
GARRISON, SCOTT, GAMBLE AND
ROSENTHAL, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

William S. Weisberg
Craig S. Miller
WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017

M. Scott Barrett
BARRETT AND ASSOCIATES
2 North LaSalle Street
Suite 1600
Chicago, IL 60602

Stephen B. Murray
Stephanie M. Lawrence
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

*Attorneys for Defendant VISA*
*International Service Association*

Phillip Wittmann
Barry Ashe
Stone Pigman Walther Wittmann &
Hutchinson, LLP
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Daniel Bookin
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

*Attorneys for Defendant Mastercard International, Inc.*

Anthony Rollo
McGlinchey, Stafford
643 Magazine Street
New Orleans, LA 70130

Jay N. Fastow
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue North
New York, N.Y. 10153

*Attorneys for Defendants Associates First Capital Corporation and Associates National Bank:*

Benjamin Kubes
SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111

*Attorneys for Defendants Capital One Bank; First Citizens Bank, MBNA America Bank, N.A., Wachovia Bank, N.A., Chase; and Wachovia Bank Card Services*

James M. McCabe
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482

*Attorneys for Defendant - Fidelity Federal Bank*

Edwin O. Rogers
HAND ARENDALL PC
900 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 324-4400

*Attorneys for Defendant - First Union National Bank*

Lawrence E. Miller
LEBOEUF LAMB, GREEN & MACRAE, LLP
One Riverfront Plaza
Newark, NJ 07102

*Attorneys for Defendant First USA Bank, N.A.:*

Michael L. Edwards
BALCH & BINGHAM LLP
P O Box 306
Birmingham, AL 35201

*Attorneys for Defendant Heritage Bank of Commerce*

Scott D. Marcus
SIDLEY & AUSTIN
555 West Fifth Street
Los Angeles, CA 90013

*Attorneys for Defendant Citibank (South Dakota), N.A., Attorneys for Defendants First USA, AT & T ,Citigroup, and Travelers Bank USA*

Christopher Lipsett
WILMER, CUTLER & PICKERING
2445 M. Street, N.W.
Washington, DC 20037

*Attorneys for Defendant Pentagon Federal Credit Union:*

Thomas J. Kavaler
CAHILL, GORDON & REINDEL
80 Pine Street
New York, NY 10005

***Attorneys for Providian National Bank:***

William H. Morrow
LIGHTFOOT, FRANKLIN & WHITE
The Clark Building
400 North 20th Street
Birmingham, AL 35203

***Attorneys for Defendant Prudential Bank and Trust Company***

Scott A. Fink
GIBSON, DUNN & CRUTCHER
One Montgomery Street
Telesis Tower
San Francisco, CA 94104-4504

***Attorneys for Defendants Associates National Bank; Associates First Capital Corporation; Capital One Bank; Fidelity Federal Bank; First Union National Bank; First USA Bank, N.A.; Heritage Bank of Commerce, MBNA America Bank, N.A.; Pentagon Federal Credit Union; Providian National Bank; Prudential Bank & Trust Co.; Wachovia Bank, N.A.,; Wachovia Bank Card Services***

Patric R. Vance
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

***Attorneys for Defendant First Citizens Bank:***

Gene W. Lafitte
Liskow & Lewis
One Shell Square, 50th Floor
New Orleans, LA 70139

***Attorneys for Defendant Fleet Bank***

Alan S. Kaplinsky
BALLARD, SPHAHR, ANDREWS & INGERSOLL, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

***Attorneys for Defendant Peoples Bank***

William Wenzel
PULLMAN & COMLEY
850 Main Street
Bridgeport, CT 06601

***Attorneys for Defendant CCB***

James A. Cole, Jr.
STUBBS, COLE, BREEDLOVE, PRENTIS & BIGGS, PLLC
P.O. Box 376
Durham, NC 27702