UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 & 1322 |
| MASTERCARD INTERNATIONAL INC.,<br>INTERNET GAMBLING LITIGATION,<br>and VISA INTERNATIONAL SERVICE<br>ASSOCIATION INTERNET GAMBLING<br>LITIGATION | SECTION (K)<br><br>JUDGE STANWOOD R. DUVAL, JR.<br>MAG. JUDGE CHASEZ |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, <u>Larry Thompson v. MasterCard International, Inc., Fleet Bank (Rhode Island), N.A. and Fleet Credit Card Services L.P.</u>, C.A. No. 00-1986, test case in MDL-1321 and <u>Lawrence Bradley v. Visa International Service Association and Travelers Bank USA Corp.</u>, C.A. 00-2002, test case in MDL-1322 hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's decision entered February 26, 2001, granting Defendants' Motion to Dismiss with prejudice.

A copy of the Court's Judgment and Order dated February 23, 2001 is attached hereto.

Dated: 23 Mar 01

Stephen Murray / by permission
Stephen B. Murray Jr.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

Barry G. Reed
Keelyn M. Friesen
ZIMMERMAN REED, P.L.L.P.
901 North Third Street, Suite 100

Minneapolis, MN 55401
(612) 341-0400

W. Lewis Garrison
GARRISON AND SCOTT, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017
(212) 907-0700

William S. Weisberg
Craig S. Miller
SHEPPARD WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

ATTORNEYS FOR PLAINTIFF
AND THE CLASS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

In Re:  Larry Thompson v. MasterCard International Inc., Fleet Bank (Rhode Island), N.A. and Fleet Credit Card Services, L.P., C.A. No. 00-1986 as the MDL-1321

In Re:  Lawrence Bradley v. Visa International Service Association and Travelers Bank USA Corp., C.A. 00-20021 as the MDL-1322

## SERVICE LIST

*Attorneys for Plaintiffs:*

Barry G. Reed
Keelyn M. Friesen
ZIMMERMAN REED, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, MN 55401
(612) 341-0400

W. Lewis Garrison
Honza Prchal
GARRISON, SCOTT, GAMBLE AND ROSENTHAL, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205
(205) 326-3336

William S. Weisberg
Craig S. Miller
WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017

M. Scott Barrett
BARRETT AND ASSOCIATES
2 North LaSalle Street
Suite 1600
Chicago, IL 60602

Stephen B. Murray
Stephanie M. Lawrence
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

*Attorneys for Defendant VISA International Service Association*

Phillip Wittmann
Barry Ashe
Stone Pigman Walther Wittmann & Hutchinson, LLP
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Daniel Bookin
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

***Attorneys for Defendant Mastercard International, Inc.***

Anthony Rollo
McGlinchey, Stafford
643 Magazine Street
New Orleans, LA 70130

Jay N. Fastow
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue North
New York, N.Y. 10153

***Attorneys for Defendant Travelers Bank USA***

Christopher Lipsett
WILMER, CUTLER & PICKERING
2445 M. Street, N.W.
Washington, DC 20037

***Attorneys for Defendant Fleet Bank***

Alan S. Kaplinsky
BALLARD, SPHAHR, ANDREWS & INGERSOLL, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103