

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 16 PM 1:28
MAY 16 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO: | JUDGE DUVAL |
| THE BELOW-CAPTIONED ACTION | MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

MARK D. EISELE, on behalf of himself
and all others similarly situated,         :      Civ. No. 99-5065

        Plaintiff,                                :

against                                    :

VISA INTERNATIONAL SERVICE ASSO-           :
CIATION, ASSOCIATES FIRST CAPITAL
CORPORATION and ASSOCIATES                 :
NATIONAL BANK,
                                           :
        Defendants.
                                           :

DATE OF ENTRY
MAY 23 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 41

\\DCNT1\Client\154000\0060\1930 Joint Motion to Substitute Counsel2 doc

## JOINT MOTION TO SUBSTITUTE COUNSEL

On the joint motion of Benjamin Klubes of the law office of Skadden, Arps, Slate, Meagher & Flom LLP and Christopher Lipsett and Adam Abensohn of the law firm of Wilmer, Cutler & Pickering, and on suggesting to the Court that Benjamin Klubes has heretofore represented Associates First Capital Corporation and Associates National Bank, defendants in the captioned matter, and that he is no longer counsel for said defendants and desires to withdraw from this case; and on further suggesting to the Court that Christopher Lipsett and Adam Abensohn of the law firm of Wilmer, Cutler & Pickering have been employed as counsel for Associates First Capital Corporation and Associates National Bank in the captioned matter, and they desire to have their names placed of record in this case.

Respectfully submitted,

_____
BENJAMIN KLUBES
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Telephone (202) 371-7508

_____
CHRISTOPHER LIPSETT
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone (202) 663-6077

_____
ADAM ABENSOHN
Wilmer, Cutler & Pickering
520 Madison Avenue
New York, NY 10022
Telephone (212) 230-8826

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Substitute Counsel has been served by U.S. Mail, postage prepaid and properly addressed, on the following this 15 day of May, 2001.

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Anthony Rollo
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana 70130

Phillip A. Wittman
Barry W. Ashe
Stone, Pigman, Walther, Wittman
  &amp; Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130

Barry G. Reed
Zimmerman Reed, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, Minnesota 55401

Edwin O. Roger
Hand Arendall, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Lawrence E. Miller
LeBoeuf, Lamb, Greene & MacRae,
  L.L.P.
One Riverfront Plaza
Newark, New Jersey 07102

Scott D. Marcus
Sidley & Marcus
555 West Fifth Street

W. Lewis Garrison
Garrison, Scott, Gamble & Rosenthal,
  P.C.
2117 Magnolia Avenue South
Birmingham, Alabama 35205

Jay N. Fastow
Weil, Gotshal & Manges, L.L.P.
767 Fifth Avenue
New York, New York 10153

Daniel H. Bookin
David B. Newdorf
O'Melveny & Myers, L.L.P.
275 Battery Street, 25th Floor
San Francisco, California 94111-3305

James McCabe
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482

Scott A. Fink
Gibson, Dunn & Crutcher, L.L.P.
Telesis Tower
One Montgomery Street
San Francisco, California 94104-4504

Frank Massengale
Locke, Liddell & Sapp
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

Michael L. Edwards
Balch & Bingham L.L.P.
Post Office Box 306

| | |
|---|---|
| Los Angeles, California 90013 | Birmingham, Alabama 35201 |
| William H. Morrow<br>Lightfoot, Franklin & White<br>400 North 20th Street<br>Birmingham, Alabama 35203 | Gene W. Lafitte<br>Liskow & Lewis, A Professional Law<br>   Corporation<br>One Shell Square, 50th Floor<br>New Orleans, Louisiana 70139 |

                                                */s/ R. Patrick Vance*
                                                R. Patrick Vance

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL, INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MARK D. EISELE, on behalf of himself<br>and all others similarly situated, | Civ. No. 99-5065 |
| Plaintiff, | |
| against | |
| VISA INTERNATIONAL SERVICE ASSO-<br>CIATION, ASSOCIATES FIRST CAPITAL<br>CORPORATION and ASSOCIATES<br>NATIONAL BANK, | |
| Defendants. | |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel;

IT IS ORDERED that Benjamin Klubes be and is hereby permitted to withdraw from this case as counsel for defendants Associates First Capital Corporation and Associates National Bank, and his name be erased from the records thereof;

IT IS FURTHER ORDERED that Christopher Lipsett and Adam Abensohn of the law firm of Wilmer, Cutler & Pickering be enrolled as counsel of record for the defendants, Associates First Capital Corporation and Associates National Bank.

New Orleans, Louisiana, this 23rd day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE