UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 16  AM 10: 15

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL DOCKET NOS. 1321 and 1322 |
| MASTERCARD INTERNATIONAL, INC. INTERNET GAMBLING LITIGATION | SECTION (K) |
| | JUDGE DUVAL |
| | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: THE BELOW-CAPTIONED ACTION | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARA KEYES, on behalf of herself
and all others similarly situated,        00-CV-3714

       Plaintiff,

vs.

MASTERCARD INTERNATIONAL
INC. and CENTRAL CAROLINA BANK
& TRUST COMPANY,

       Defendants.

## JOINT MOTION TO SUBSTITUTE COUNSEL

On the joint motion of James A. Cole, Jr. of the law firm of Stubbs, Cole, Breedlove, Prentis & Biggs, P.L.L.C. and James F. McCabe of the law firm of Morrison & Foerster, and upon suggesting to the Court that James A. Cole, Jr. has heretofore represented Central Carolina Bank and Trust Company in the above-captioned matter, but that he no longer wishes to remain as counsel for said defendant in this matter and desires to withdraw as counsel of record; and upon further suggesting to the Court that James F. McCabe of the law firm of Morrison & Foerster has been

DATE OF ENTRY
AUG 2 3 2001
DATE OF ENTRY

sf-1146022                          1

employed as counsel for Central Carolina Bank and Trust in the above-captioned matter, and that he desires to have his name placed as counsel of record therein;

James A. Cole, Jr. respectfully moves the Court for permission to withdraw as counsel of record and that he be released from further representation of the Defendant, Central Carolina Bank and Trust Company; and

James F. McCabe respectfully moves the Court to allow him to replace James A. Cole, Jr. as counsel of record for Central Carolina Bank and Trust Company in this matter.

Dated: August 7, 2001

By: _____
James A. Cole, Jr.
Attorney for Defendant
CENTRAL CAROLINA BANK AND TRUST
Stubbs, Cole, Breedlove, Prentis & Biggs, P.L.L.C.
P.O. Box 736
Durham, NC 27702
Tel: (919)682-9331
Fax: (919)682-5590

Dated: August 8, 2001

By: _____
James F. McCabe
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7020
Fax: (415) 268-7522

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Substitute Counsel has been served by U.S. Mail, postage prepaid and properly addressed, on the following, this 15th day of August, 2001:

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Anthony Rollo
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana 70130

Phillip A. Wittman
Barry W. Ashe
Stone, Pigman, Walther, Wittman
  & Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130

Daniel H. Booking
David B. Newdorf
O'Melveny & Meyers, L.L.P.
275 Battery Street, 25th Floor
San Francisco, California 94111-3305

Gene W. Lafitte
Liskow & Lewis, A Professional Law
  Corporation
One Shell Square, 50th Floor
New Orleans, Louisiana 70139

Edwin O. Roger
Hand Arendall, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Barry G. Reed
Zimmerman Reed, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, Minnesota 55401

W. Lewis Garrison
Garrison, Scott, Gamble & Rosenthal, P.C.
2117 Magnolia Avenue South
Birmingham, Alabama 35205

Jay N. Fastow
Weil, Gotshal & Manges, L.L.P.
767 Fifth Avenue
New York, New York 10153

William H. Morrow
Lightfoot, Franklin & White
400 North 20th Street
Birmingham, Alabama 35203

Scott A. Fink
Gibson, Dunn & Crutcher, L.L.P.
Telesis Tower
One Montgomery Street
San Francisco, California 94104-4504

Frank Massengale
Locke, Liddell & Sapp
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

sf-1146022                                    3

Lawrence E. Miller
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
One Riverfront Plaza
Neward, New Jersey  07102

Scott D. Marcus
Sidley & Marcus
555 West Fifth Street
Los Angeles, California  90013

Benjamin Klubes
Skadden Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY  10036

Adam Abensohn
Wilmer, Cutler & Pickering
520 Madison Avenue
New York, NY  10022

Michael L. Edwards
Balch & Bimgham L.L.P.
Post Office Box 306
Birmingham, Alabama  35201

Jay B. Kasner
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY  10036

Christopher Lipsett
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037

*[signature]*


UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL DOCKET NOS. 1321 and 1322<br>SECTION (K) |
| MASTERCARD<br>INTERNATIONAL, INC.<br>INTERNET GAMBLING<br>LITIGATION | |
| | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARA KEYES, on behalf of herself<br>and all others similarly situated, | 00-CV-3714 |
| Plaintiff, | |
| vs. | |
| MASTERCARD INTERNATIONAL<br>INC. and CENTRAL CAROLINA BANK<br>& TRUST COMPANY, | |
| Defendants. | |

### ORDER

Considering the foregoing Joint Motion to Substitute Counsel;

IT IS ORDERED that James A. Cole of the law office of Stubbs, Cole, Breedlove, Prentis & Briggs, P.L.L.P. be and is hereby permitted to withdraw from this case as counsel for defendant Central Carolina Bank and Trust, and his name be erased from the records thereof;

sf-1147719                               1

IT IS FURTHER ORDERED that and James F. McCabe of the law firm of Morrison & Foerster be enrolled as counsel of record for the defendant, Central Carolina Bank and Trust.

New Orleans, Louisiana, this 22nd day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE