

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL INC.,
INTERNET GAMBLING LITIGATION, and
VISA INTERNATIONAL ASSOCIATION
INTERNET GAMBLING LITIGATION

CIVIL ACTION
MDL NOS. 1321 and 1322

SECTION (K)

JUDGE STANWOOD R. DUVAL, JR.
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## NOTICE OF CHANGE OF ADDRESS

Please take note that effective **October 31, 2001** the address for the Minneapolis, Minnesota office of Zimmerman Reed, PLLP and its attorney(s) noted below will be:

**Zimmerman Reed, PLLP**
**651 Nicollet Mall, Suite 501**
**Minneapolis, MN 55402**
**Telephone: 612-341-0400**
**Fax: 612-341-0844**

1

Email addresses for Zimmerman Reed, PLLP attorneys and staff will remain unchanged.

Dated: November 5, 2001

Zimmerman Reed, PLLP

By: _____
Barry G. Reed, MN#90050
Attorneys for Plaintiffs
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400
612-341-0844 Fax

Stephen B. Murray Jr.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

W. Lewis Garrison
GARRISON AND SCOTT, P.C.
2224 1st Avenue North
Birmingham, AL 35202
(205) 326-3336

James W. Johnson
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017
(212) 907-0700

William S. Weisberg
Craig S. Miller
SHEPPARD WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

ATTORNEYS FOR PLAINTIFF
AND THE CLASS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

*IN RE: MASTERCARD INTERNATIONAL, INC.*
*INTERNET GAMBLING LITIGATION*
**MDL NO. 1321**
*IN RE: VISA INT'L ASSOCIATION INTERNET*
*GAMBLING LITIGATION*
**MDL NO. 1322**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **Notice of Change of Address** has been serviced by U.S. Mail, postage prepared and properly addressed on the following:

*Attorneys for Plaintiffs:*

Barry G. Reed
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

W. Lewis Garrison
GARRISON, SCOTT, GAMBLE AND ROSENTHAL, P.C.
2224 1st Avenue North
Birmingham, AL 35202
(205) 326-3336

William S. Weisberg
Craig S. Miller
WEISBERG AND MILLER
654 Sacramento Street
Second Floor
San Francisco, CA 94111
(415) 296-0900

James W. Johnson
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, N.Y. 10017

M. Scott Barrett
BARRETT AND ASSOCIATES
2 North LaSalle Street
Suite 1600
Chicago, IL 60602

Stephen B. Murray
Stephanie M. Lawrence
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70130

*Attorneys for Defendant VISA*
*International Service Association*

Phillip Wittmann
Barry Ashe
STONE PIGMAN WALTHER WITTMANN & HUTCHINSON, LLP
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Daniel Bookin
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

1

*Attorneys for Defendant Mastercard International, Inc.*

Anthony Rollo
MCGLINCHEY, STAFFORD
643 Magazine Street
New Orleans, LA 70130

Jay N. Fastow
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue North
New York, N.Y. 10153

David Hickerson
WEIL GOTSHAL & MANGES LLP
1615 L. Street NW, Suite 700
Washington, DC 20036
(*Crocker v. Dempsey* only)

*Attorneys for Defendants Capital One Bank; First Citizens Bank; MBNA America Bank, N.A.; Wachovia Bank, N.A;, Chase; Wachovia Bank Card Services; First Citizens Bank & Trust; Central Carolina Bank & Trust Company; Bank of America NS*

James M. McCabe
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482

*Attorneys for Defendant - First Union National Bank*

Lawrence E. Miller
LEBOEUF LAMB, GREEN & MACRAE, LLP
One Riverfront Plaza
Newark, NJ 07102

*Attorneys for Defendant First USA Bank, N.A.:*

Cynthia Burnside
PAUL HASTINGS JANOFSKY & WALKER LLP
600 Peachtree St NE, Suite 2400
Atlanta, GA 20308-2222

*Attorneys for Defendant Citibank (South Dakota), N.A.; First USA; AT & T; Citigroup; Associates National Bank; Associates First Capital Corporation;, and Travelers Bank USA*

Christopher Lipsett
WILMER, CUTLER & PICKERING
2445 M. Street, N.W.
Washington, DC 20037

*Attorneys for Defendant Pentagon Federal Credit Union:*

Thomas J. Kavaler
CAHILL, GORDON & REINDEL
80 Pine Street
New York, NY 10005

*Attorney for Defendant - Citibank Corporation*

Christopher Willis
ROGERS & HARDIN
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303

Frank Massengale
LOCKE LIDDELL & SAPP LLP
Pan American Life Center
601 Poydras Street, Suite 2400
New Orleans, LA 70130-6036

*Attorneys for Defendant Prudential Bank and Trust Company*

Scott A. Fink
GIBSON, DUNN & CRUTCHER
One Montgomery Street
Telesis Tower
San Francisco, CA 94104-4504

*Attorneys for Defendants Associates National Bank; Associates First Capital Corporation; Capital One Bank; Fidelity Federal Bank; First Union National Bank; First USA Bank, N.A.; Heritage Bank of Commerce; MBNA America Bank, N.A.; Pentagon Federal Credit Union; Providian National Bank; Prudential Bank & Trust Co.; Wachovia Bank, N.A.,; Wachovia Bank Card Services; Fleet Credit Card Services; Fleet Bank (Rhode Island) NA*

R. Patrick Vance
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

*Attorneys for Defendant First Citizens Bank:*

Gene W. Lafitte
LISKOW & LEWIS
One Shell Square
70 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

*Attorneys for Defendant Fleet Bank (Rhode Island) NA; Fleet Credit Card Services*

Alan S. Kaplinsky
Martin Bryce
BALLARD, SPHAHR, ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Attorneys for Defendant Peoples Bank*

William Wenzel
PULLMAN & COMLEY
850 Main Street
Bridgeport, CT 06601

*Attorneys for Cedric Dempsey & NCAA*

Doreen D. Dodson
THE STOLAR PARTNERSHIP
911 Washington Ave, 7th Floor
St. Louis, MO 63101

*Attorneys for Starnet Communications International*

John Gibbons
ALTHEIMER & GRAY
105 Wacker Drive, Suite 3600
Chicago, IL 60606

Dated: November 5, 2001

*signature: Charlotte L. Haught*
Charlotte L. Haught

3