IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVELYN L. BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action MDL Nos. 1321 and 1322 |
| MASTERCARD INTERNATIONAL, INC. and FIDELITY FEDERAL BANK, FSB, | ) Sec K |
| Defendant. | ) |

## MOTION TO WITHDRAW AND ENTRY OF APPEARANCE

**COMES NOW** Edwin O. Rogers of the law firm of Hand Arendall, L.L.C., and moves to withdraw as counsel for Fidelity Federal Bank, FSB in the above styled cause on the basis that Mr. Rogers is withdrawing from said law firm. Tracy R. Davis of said law firm hereby enters her appearance as counsel for Fidelity Federal Bank, FSB.

_____
Edwin O. Rogers
Attorney for Defendants Fidelity Federal
Bank, FSB

_____
Tracy R. Davis
Attorney for Defendants Fidelity Federal
Bank, FSB

OF COUNSEL
Hand Arendall, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 324-4400

DATE OF ENTRY
MAY 16 2002

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of April, 2002, served a copy of the foregoing to all parties/attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

W. Lewis Garrison, Jr., Esq.
Kathryn H. Sumrall, Esq.
Honza J. Prchal, Esq.
Garrison and Sumrall, P.C.
2117 Magnolia Avenue South
Birmingham, AL 35205

Zimmerman Reed, P.L.L.P.
901 North Third Street
Minneapolis, Minnesota 55401

Crawford S. McGivaren, Jr., Esq.
Cabaniss, Johnston, Gardner, Dumas & O'Neal
2001 Park Place North, Suite 700
Birmingham, AL 35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVELYN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action MDL Nos. 1321 and 1322 |
| ) | |
| MASTERCARD INTERNATIONAL, INC. ) | U.S. District Court No.: 00657 |
| and FIDELITY FEDERAL BANK, FSB, ) | Section (K) |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION TO WITHDRAW AND ENTRY OF APPEARANCE

This matter having been presented to the Court on a Motion to Withdraw and Entry of Appearance and this Honorable Court having read and considered same, it is of the opinion that the following Order is hereby

ORDERED, ADJUDGED, and DECREED as follows:

1. That Edwin O. Rogers is hereby withdrawn as the attorney of record for Fidelity Federal Bank, FSB.

2. That Tracy R. Davis is hereby entered as the attorney of record for Fidelity Federal Bank, FSB.

DONE and ORDERED this 15TH day of May, 2002.

_____
U.S. District Court Judge