

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -4  PM 4: 01

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**December 3, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC. INTERNET GAMBLING LITIGATION | CIVIL ACTION<br><br>NO. 00MD-1321<br><br>SECTION "K" |

     IT IS ORDERED that a **TELEPHONE STATUS CONFERENCE** is scheduled in the above matter on **THURSDAY, DECEMBER 5, 2002** at **11:00 a.m. CST.**

     **IT IS FURTHER ORDERED** that the office of W. Lewis Garrison (205) 326-3336 shall initiate said conference call.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 0 5 2002