```
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2002 DEC 10  AM 10: 36

                                        LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**DUVAL, J.**
**December 5, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC.<br>INTERNET GAMBLING LITIGATION | CIVIL ACTION<br><br>NO. 00MD-1321<br><br>SECTION "K" (5) |

The Court held a telephonic status conference in the above captioned matter on this date at 11:00 a.m.

The purpose of the status conference was for the parties to discuss whether the cases, which are now statistically closed, should be reopened or whether mediation is appropriate in light of the Fifth Circuit's ruling affirming this Court's opinion.

The Court ordered the parties to discuss the matter with their clients and with each other, and to report back to the Court on **January 8, 2003 at 10:30 a.m.**

At the status conference on January 8, the liaison attorneys are ordered to fax the Court a list of the attorneys who will be attending the status conference, along with the parties each attending attorney represents, and their telephone numbers. The liaison attorneys for the plaintiff shall initiate the call.

DATE OF ENTRY
DEC 10 2002