



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN -3 AM 11:05

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY
DUVAL, J.
January 2, 2003**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.　　　CIVIL ACTION
INTERNET GAMBLING LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 00MD-1321

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "K" (5)

**IT IS ORDERED** that the status conference previously set for **January 8, 2003 at 10:30 a.m.** (See Minute Entry Dated December 5, 2002) is hereby **RESET to January 10, 2003 at 2:30 p.m.** CST.

Prior to the telephonic status conference, the liaison attorneys are ordered to fax the Court a list of the attorneys who will be attending the status conference, along with the parties each attending attorney represents, and their telephone numbers. The liaison attorneys for the plaintiff shall initiate the call.

DATE OF ENTRY  JAN 0 3 2003