

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 FEB 21 PM 1: 16
LORETTA G. WHYTE

IN RE:

MASTERCARD
INTERNATIONAL, INC.
INTERNET GAMBLING
LITIGATION

CIVIL ACTION

MDL NOS. 1321 AND 1322

SECTION (K)

THIS DOCUMENT RELATES TO:
ALL CASES

JUDGE DUVAL
MG. JUDGE CHASEZ

## MOTION TO DISMISS

Come now the Plaintiffs in every case contained within MDL 1321 and 1322 and hereby move this Honorable Court to dismiss Defendants MasterCard International and Visa International Service Organization as Defendants from every case in which MasterCard or Visa are named as defendants in MDL 1321 and 1322.

_____
W. LEWIS GARRISON, JR.

OF COUNSEL:

GARRISON SCOTT GAMBLE & ROSENTHAL, P.C.
2224 First Avenue North
Birmingham, AL 35203
205-326-3336
205-326-3332 (fax)

DATE OF ENTRY
FEB 28 2003

_____
BARRY G. REED

OF COUNSEL:

ZIMMERMAN REED, PLLC, PLLP
14646 No. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
480-348-6400
480-348-6415 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record this 20 day of January, 2003:

_____
Of Counsel

**Attorneys for Defendants**

Daniel Bookin
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

Barry Ashe
STONE PIGMAN WALTHER WITTMANN & HUTCHINSON, LLP
546 Carondelet Street
New Orleans, LA 70130

Jay N. Fastow
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue North
New York, N.Y. 10153

Anthony Rollo
McGLINCHEY, STAFFORD
643 Magazine Street
New Orleans, LA 70130

Christopher Lipsett
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022

Arne Wagner
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482

Julie Nelson
Citigroup Universal Card Services, Inc.
8787 Baypine Road, Room 3-2-A 720
Jacksonville, FL 32256

Roger Bates
HAND ARENDALL PC
900 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Joe B. Norman
LISKOW & LEWIS
701 Poydras Street
One Shell Square, 50th Floor
New Orleans, LA 70139

Mark L. LoSacco
LEBEOUF LAMB, GREEN & MACRAE, LLP
One Riverfront Plaza
Newark, NJ 07102

Michael L. Edwards
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201

Scott D. Marcus
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street
Los Angeles, CA 90013

Martin Bryce
BALLARD, SPHAHR, ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Thomas J. Kavaler
CAHILL, GORDON & REINDEL
80 Pine Street
New York, NY 10005

Stephen Eisenberg
Pentagon Federal Credit Union
Post Office Box 1432
Alexandria, VA 22313-2032

Stephen Eisenberg
Pentagon Federal Credit Union
1001 North Fairfax Street
Alexandria, VA 22314

John Wallace
People's Bank
850 Main Street
Bridgeport, CT 06604

William Wenzel
PULLMAN & COMLEY
850 Main Street
Bridgeport, CT 06601

William H. Morrow
LIGHTFOOT, FRANKLIN & WHITE
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Scott A. Fink
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Telesis Tower
San Francisco, CA 94104-4504

John Fanestock
M & T Bank Corp.
One M & T Plaza, 12th Floor
Buffalo, NY 14203-2399

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                        CIVIL ACTION
                                                                              MDL NOS. 1321 AND 1322
MASTERCARD
INTERNATIONAL, INC.                                                           SECTION (K)
INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:                                                     JUDGE DUVAL
ALL CASES                                                                     MG. JUDGE CHASEZ

**ORDER**

On motion of the Plaintiffs filed in the above case,

It is hereby ORDERED, ADJUDGED and DECREED that the Defendants MasterCard International and Visa International Service Organization are dismissed from every case in which MasterCard or Visa are named as defendants in MDL 1321 and 1322 this 26 day of February, 2003.

Denied as moot. See minute entry dated February 26, 2003.

STANWOOD DUVAL
United States District Judge