```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2003 MAR 12  PM 12:00

                               LORETTA G. WHYTE
                                    CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 10, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL    CIVIL ACTION
INC., INTERNET GAMBLING LITIGATION
                                   MDL NOS. 1321 & 1322

VISA INTERNATIONAL SERVICE,        SECTION: "K"(5)
INTERNET GAMBLING LITIGATION


A settlement conference in the above matter is hereby **SCHEDULED** for March 25, 2003 at 1:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

Positions papers are due from all parties **no later** than 5:00 p.m. on March 24, 2003.

The parties are to be prepared to enter into meaningful and good faith settlement negotiations at the time of the conference. Any party appearing without authority to negotiate or without the ability to contact their client throughout the settlement conference, may be sanctioned.

                                        _____
                                        ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 12 2003

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
    Doc.No 54