FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 11  PM 3: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: | CIVIL ACTION |
|---|---|
| | MDL DOCKET NOS. 1321 and 1322 |
| | SECTION (K) |
| MASTERCARD INTERNATIONAL, INC. INTERNET GAMBLING LITIGATION | |
| | JUDGE DUVAL |
| | MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: THE BELOW-CAPTIONED ACTION | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM R. THOMPSON, on behalf of himself and all others similarly situated, | No. 00-CV-1774 |
|---|---|
| Plaintiff, | |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION; M & T BANK CORPORATION, | |
| Defendants. | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT come R. Patrick Vance of the firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P., 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100; and James F. McCabe and Stephen E. Paffrath of Morrison & Foerster

DATE OF ENTRY
MAR 17 2003

{N0951085.2}   1

Fee_____
Process___
X Dkt___
_ CtRmDep
Doc.No. 55

L.L.P., 425 Market Street, San Francisco, California, and request this Court enter an order authorizing them to enroll as counsel of record on behalf of M&T Bank, and further request that all notices, pleadings and communications regarding this matter be directed to them at the following addresses:

>R. Patrick Vance (LA Bar No. 13008)
>Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
>201 St. Charles Avenue, 49th Floor
>New Orleans, Louisiana 70170-5100
>Telephone (504) 582-8194
>Telefax (504) 589-8194
>
>James F. McCabe (CA Bar No. 104686)
>Stephen E. Paffrath (CA Bar No. 195932)
>Morrison & Foerster L.L.P.
>425 Market Street
>San Francisco, California 94105
>Telephone (415) 268-7000
>Telefax (415) 268-7522

Dated: March 11, 2003

>JONES, WALKER, WAECHTER, POITEVENT,
>CARRERE & DENEGRE
>
>By: /s/ R. Patrick Vance
>    R. Patrick Vance (Bar No. 13008)
>    Attorneys for Defendant
>    M & T BANK CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Appear as Counsel of Record has been served on all persons shown below, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, this 11th day of March, 2003.

/s/ R. Patrick Vance

{N0951085 2}                                    2

Stephen B. Murray, Esq.
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Barry G. Reed, Esq.
Zimmerman Reed L.L.P.
651 Nicollet Mall, Suite 55402
Minneapolis, Minnesota 55402

W. Lewis Garrison, Jr., Esq.
Garrison, Scott, Gamble & Rosenthal, P.C.
Post Office Box 11310
Birmingham, Alabama 35202

Gene W. Lafitte, Esq.
Liskow & Lewis
701 Poydras Street, 50th Floor
New Orleans, Louisiana 70139

Christopher Lipsett, Esq.
M. Leffel, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037

Frank Massengale, Esq.
Locke, Liddell & Sapp
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

Roger L. Bates, Esq.
Hand Arendall, L.L.C.
2001 Park Place North, Suite 900
Birmingham, Alabama 35203

Lawrence E. Miller, Esq.
Kevin Schroth, Esq.
LeBoeuf, Lamb, Greene &
    MacRae, L.L.P.
One Riverfront Plaza
Newark, New Jersey 07102-5490

Michael L. Edwards, Esq.
Balch & Bingham, L.L.P.
Post Office Box 306
Birmingham, Alabama 35201-0306

Jill Centella, Esq.
First National Bank of Chicago
Bank One Corporation
One Bank One Plaza, Suite IL1-0287
Chicago, Illinois 60670-0287

T. Scarborough, Esq.
Sidley Austin Brown & Wood
Bank One Plaza
Chicago, Illinois 60603

Scott D. Marcus, Esq.
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

Thomas J. Cavaler, Esq.
Joseph A. Gershman, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005-1702

Stephen A. J. Eisenberg, Esq.
Pentagon Federal Credit Union
Post Office Box 1432
Alexandria, Virginia 22313-2032

William H. Morrow, Esq.
John M. Johnson, Jr., Esq.
Lightfoot, Franklin & White
400 20th Street North
Birmingham, Alabama 35203

Scott A. Fink, Esq.
Gibson, Dunn & Crutcher, L.L.P.
One Montgomery Street, 26th Floor
San Francisco, California 94104-4505

William J. Wenzel, Esq.
Pullman & Comley L.L.C.
850 Main Street
Bridgeport, Connecticut 06601-7006

John Fahnestock, Esq.
M&T Bank Corp.
One M&T Plaza, 12th Floor
Buffalo, New York 14203-2399

Richard P. Jeffries, Esq.
Kutak Rock L.L.P.
1650 Farnam Street
Omaha, Nebraska 68102

Alan S. Kaplinsky, Esq.
Martin C. Brice Jr., Esq.
Ballard Spahr Andrews & Ingersoll L.L.P.
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL DOCKET NOS. 1321 and 1322<br>SECTION (K) |
| MASTERCARD<br>INTERNATIONAL, INC.<br>INTERNET GAMBLING<br>LITIGATION | |
| | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. THOMPSON, on behalf of<br>himself and all others similarly situated, | No.   00-CV-1774 |
| Plaintiff, | |
| v. | |
| VISA INTERNATIONAL SERVICE<br>ASSOCIATION; M & T BANK<br>CORPORATION, | |
| Defendants. | |

## ORDER

Considering the Motion to Enroll as Counsel of Record,

IT IS ORDERED that R. Patrick Vance of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P., 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170-5100; and

{N0951085.2}   4

James F. McCabe and Stephen E. Paffrath of Morrison & Foerster L.L.P., 425 Market Street, San Francisco, California, are authorized to enroll as counsel of record for M&T Bank.

New Orleans, Louisiana, this \_\_\_13th\_\_\_ day of March, 2003.

_____
UNITED STATES DISTRICT JUDGE