FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 25 PM 3: 57

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
DUVAL, J.
March 10, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.           CIVIL ACTION
INTERNET GAMBLING LITIGATION
                                                NO. 00MD-1321

                                                SECTION "K" (5)

Attending a status conference in person on the above date at 3:00 p.m. were:

**Lew Garrison and Barry Reed**, for the plaintiffs and,

**Patrick Vance**, for Fidelity Federal Bank, Capital One Bank, Associates National Bank, Associates First Capital Corp., Bank One/First USA Bank, N.A., Wachovia Bank, N.A. f/k/a First Union National Bank, Pentagon Federal Credit Union, Providian National Bank, Prudential Bank & Trust Co., Fleet Credit Card Services, Fleet Bank, Heritage Bank of Commerce, Wachovia Bank, N.A., Wachovia Bank Card Services, MBNA America Bank, Central Carolina Bank & Trust, Key Bank USA, People's Bank Corp, Traveler's Bank USA Corp., Citibank, Citigroup, Inc., Citybank (South Dakota) N.A., and AT&T Credit Consumer Finance Corp.,

**Roger L. Bates**, for Fidelity Federal Bank,

**John Fahnestock**, for M&T Bank Corp.,

**Joe B. Norman**, for First Citizens Bank and Trust Co.,

**James McCabe**, for Capital One Bank, First Citizens Bank & Trust Co., First

1

DATE OF ENTRY
MAR 2 6 2003

Fee____
Process____
X/Dktd____
__CtRmDep____
Doc. No. 56

Citizens Bank, Wachovia Bank N.A., Wachovia Bank Card Services, MBNA American Bank, Central Carolina Bank & Trust Co., Bank of America, N.A., Chase Manhattan Corp. and M&T Bank Corp., and

**Kevin R. Schroth**, representing Wachovia Bank N.A. f/k/a First Union National Bank.

Attending the status conference by phone were:

**Christopher Lipsett,** for Associates National Bank, Associates First Capital Corporation, Bank One/First USA Bank, N.A., Traveler's Bank USA Corp., Citibank, Citigroup Inc., Citybank (South Dakota) N.A., and AT&T Credit Consumer Finance Corp.,

**Stephen Eisenberg,** for Pentagon Federal Credit Union,

**Martin Bryce and Alan Kaplinsky**, for KeyBank USA, N.A., Fleet Bank (Rhode Island), N.A., and Fleet Credit Card Services,

**Scott Fink**, for Prudential Bank & Trust Co.,

**Michael Edwards**, for First USA Bank, N.A., and

**William Wenzel**, for People's Bank Corp.

The purpose of the status conference was for the parties to discuss the Court's basis for jurisdiction, and to schedule deadlines for filing motions.

The plaintiffs advised the Court that they intend to file a motion for leave to amend. The plaintiffs stated that they intend to consolidate all claims into two master complaints and separately allege casino and sports gambling causes of actions. Additionally, the plaintiffs suggested that they may amend their complaint to include an additional basis for federal jurisdiction other than RICO.

Liaison counsel for the defendants expressed his opposition to the plaintiffs' motion for leave to amend and indicated that the defendants would file an opposition brief.

The Court refrained from setting deadlines for additional motions; this will be done after deciding on the motion to amend. The Court set a deadline on the plaintiffs' motion for leave to amend the complaint as well as one for the response, and concluded that the Court would hold a second conference to set dates for subsequent motions. Accordingly,

**IT IS ORDERED** that the plaintiffs shall have 30 days from the date of this order, or until **April 10, 2003 at 4:30 p.m. CST,** to timely file their motion for leave to amend.

**IT IS FURTHER ORDERED** that the defendants shall have 30 days from the date of this order, or until **May 12, 2003 at 4:30 p.m. CST,** to timely file their opposition.

**IT IS FURTHER ORDERED** that counsel for the parties will convene in person on **June 20, 2003 at 2:00 p.m. CST** to discuss the status of the case and future deadlines. The Court expects all attorneys to be present on that date unless they have notified the Court by fax by **June 18, 2003 at 4:30 p.m. CST** that they will attend by phone or otherwise make arrangements to be represented at the meeting.

**IT IS FURTHER ORDERED** that counsel for the parties shall apprize the Court by fax who will attend the June 20 meeting by **June 18, 2003 at 4:30 p.m. CST.**

**IT IS FURTHER ORDERED** that a copy of this minute entry shall be sent to the following addresses:

**Attorneys for Plaintiffs**
Lew Garrison
PO Box 11310
Birmingham, AL 35202

Barry Reed
Zimmerman Reed PLLP
901 North Third Street, Ste. 100
Minneapolis, MN 55401


**Attorneys for Defendants**
Christopher Lipsett,
Wilmer, Cutler, & Pickering
520 Madison Ave.
New York, NY 10022

Patrick Vance
Jones Walker
201 St. Charles Ave, 49th Fl
New Orleans, LA 70170

Kevin Schroth
LeBouef, Lamb, Green & McRae
One Riverfront Plaza
Newark, NJ 01702

Arne Wagner
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2480

Julie Nelson
Citigroup Universal Card Services, Inc.
8787 Baypine Rd.
Room 3-2-A 720
Jacksonville, FL 32256

Roger Bates
Hand Arendall, LLC
Suite 900, Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Joe B. Norman
Liskow & Lewis
701 Poydras St.
One Shell Square, 50th Floor
New Orleans, LA 70139

Mark L. LoSacco
LaBoeuf, Lamb, Green & Macrae
One Riverfront Plaza
Newark, NJ 07102

Michael Edwards
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201

Michael Edwards
1710 6th Ave. North
Birmingham, AL 35203

Scott Marcus
Sidley & Austin
555 West Fifth St.
Los Angeles, CA 90013

Martin Bryce
Ballard, Spahr Andrews, & Ingersoll, LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599

Alan Kaplinsky
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Fl.
Philadelphia, PA 19103-7599

Thomas Kavaler
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005-1702

Stephen Eisenberg
Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313-2032

James McCabe
Morrison & Forrester
425 Market St.
San Francisco, CA 94105-2482

John Wallace
People's Bank
850 Main ST. Bridgeport, CT 06604

William Wenzel
Pullman & Comley LLC
850 Main St.
Bridgeport, CT 06601-7006

William H. Morrow
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th St. North
Birmingham, AL 35203

Scott Fink
Gibson, Dunn & Crutcher, LLP
One Montgomery St., West Tower
San Francisco, CA 94104

John Fanestock
M&T Bank Corp.
One M&T Plaza
12th Floor
Buffalo, NY 14203-2399