

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

----------------------------------------------------------------x
LAWRENCE BRADLEY, on behalf of himself and all  :
others similarly situated,                     :   00 Civ. 1777
                                               :
            Plaintiff,                         :
                                               :
    - against -                                :
                                               :
VISA INTERNATIONAL SERVICE ASSOCIATION          :
and TRAVELERS BANK USA CORP.,                  :
                                               :
            Defendants.                        :
                                               :
----------------------------------------------------------------x

**JOINT MOTION TO SUBSTITUTE COUNSEL FOR TRAVELERS BANK USA CORP.**

DATE OF ENTRY
APR 2 3 2003

On the joint motion of Abraham Colman of the law firm Buchalter Nemer Fields & Younger and R. Patrick Vance of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P. and Christopher Lipsett of the law firm of Wilmer, Cutler & Pickering, and on suggesting to the Court that Abraham Colman has heretofore represented Travelers Bank USA Corp., defendant in the captioned matter, and that he is no longer counsel for said defendant and desires to withdraw from this case; and on further suggesting to the Court that R. Patrick Vance of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P. and Christopher Lipsett of the law firm of Wilmer, Cutler & Pickering have been employed as counsel for Travelers Bank USA Corp. in the captioned matter, and they desire to have their names placed on record in this case as follows:

    R. Patrick Vance (LA Bar No. 13008)
    Jones, Walker, Waechter, Poitevent, Carrère
        & Denègre L.L.P.
    201 St. Charles Avenue
    49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8194
    Fax: (504) 589-8194

    Christopher Lipsett
    Wilmer, Cutler & Pickering
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 230-8800
    Fax: (212) 230-8888

Dated: April __, 2003

    BUCHALTER NEMER FIELDS &
    YOUNGER

    _____
    Abraham Colman
    601 S. Figueroa St.
    Suite 2400
    Los Angeles, California 90017

Dated: April 17, 2003

JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE L.L.P.

_____
R. Patrick Vance (LA Bar No. 13008)
201 St. Charles Avenue
49th Floor
New Orleans, Louisiana 70170-5100

Dated: April 17, 2003

WILMER, CUTLER & PICKERING

_____
Christopher R. Lipsett
399 Park Avenue
New York, New York 10022

Attorneys for Travelers Bank USA Corp.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Joint Motion to Substitute Counsel of Record for Travelers Bank USA Corp. has been forwarded by U.S. Mail, postage prepaid and properly addressed, to the following counsel for plaintiffs:

> Stephen B. Murray, Esquire
> The Murray Firm
> 909 Poydras Street, Suite 2550
> New Orleans, Louisiana 70130
>
> Barry G. Reed, Esquire
> Zimmerman Reed L.L.P.
> 651 Nicollet Mall, Suite 501
> Minneapolis, Minnesota 55402
>
> W. Lewis Garrison, Jr., Esquire
> Garrison, Scott, Gamble & Rosenthal, P.C.
> Post Office Box 11310
> Birmingham, Alabama 35202

Dated: April 15, 2003.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
------------------------------------------------------------------x
LAWRENCE BRADLEY, on behalf of himself and all  :
others similarly situated,                     :  00 Civ. 1777
                                               :
            Plaintiff,                         :
                                               :
        - against -                            :
                                               :
VISA INTERNATIONAL SERVICE ASSOCIATION          :
and TRAVELERS BANK USA CORP.,                  :
                                               :
            Defendants.                        :
                                               :
------------------------------------------------------------------x

**ORDER**

Considering the foregoing Joint Motion to Substitute Counsel;

IT IS ORDERED that Abraham Colman be and is hereby permitted to withdraw from this case as counsel for defendant Travelers Bank USA Corp. and his name be erased from the records thereof;

IT IS FURTHER ORDERED that R. Patrick Vance of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P. and Christopher Lipsett of the law firm of Wilmer, Cutler & Pickering be enrolled as counsel of record for the defendant Travelers Bank USA Corp.

New Orleans, Louisiana, this 23rd day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE