

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTIONS | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK D. EISELE, on behalf of himself and all others :
similarly situated,                                              :    99 Civ. 8743
                                                                 :
                    Plaintiff,                                   :
                                                                 :
         - against -                                             :
                                                                 :
MASTERCARD INTERNATIONAL, INC.,                                  :
ASSOCIATES FIRST CAPITAL CORPORATION and                         :
ASSOCIATES NATIONAL BANK,                                        :
                                                                 :
                    Defendants.                                  :
-----------------------------------------------------------------x

**MOTION TO CORRECT COUNSEL OF RECORD INFORMATION
FOR ASSOCIATES FIRST CAPITAL CORPORATION
AND ASSOCIATES NATIONAL BANK**

(Caption Continues On Next Page)

DATE OF ENTRY
APR 2 3 2003



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
------------------------------------------------------------------x
MARK D. EISELE, on behalf of himself and all others    :
similarly situated,                                                           :   99 Civ. 5065
                                                                                      :
                           Plaintiff,                              :
                                                                                      :
               - against -                                 :
                                                                                      :
VISA INTERNATIONAL SERVICE ASSOCIATION,    :
ASSOCIATES FIRST CAPITAL CORPORATION and   :
ASSOCIATES NATIONAL BANK,                                     :
                                                                                      :
                         Defendants.                        :
------------------------------------------------------------------x

       Defendants Associates First Capital Corporation and Associates National Bank, by and through its undersigned attorneys, hereby move this Court to enter an order correcting counsel of record information in the above-captioned matters, and further request that all notices, pleadings and communications regarding these matters be directed to the counsel listed below:

       R. Patrick Vance (LA Bar No. 13008)
       Jones, Walker, Waechter, Poitevent, Carrère
          & Denègre L.L.P.
       201 St. Charles Avenue
       49th Floor
       New Orleans, Louisiana 70170-5100
       Telephone: (504) 582-8194
       Fax: (504) 589-8194

       Christopher Lipsett
       Wilmer, Cutler & Pickering
       399 Park Avenue
       New York, New York 10022
       Telephone: (212) 230-8800
       Fax: (212) 230-8888

Dated: April __, 2003

JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE L.L.P.

By: _____
R. Patrick Vance (LA Bar No. 13008)
201 St. Charles Avenue
49th Floor
New Orleans, Louisiana 70170-5100

Christopher R. Lipsett
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, New York 10022

Attorneys for Associates First Capital
Corporation and Associates National Bank

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion to Correct Counsel of Record Information for Associates First Capital Corporation and Associates National Bank has been forwarded by U.S. Mail, postage prepaid and properly addressed, to the following counsel for plaintiffs:

        Stephen B. Murray, Esquire
        The Murray Firm
        909 Poydras Street, Suite 2550
        New Orleans, Louisiana 70130

        Barry G. Reed, Esquire
        Zimmerman Reed L.L.P.
        651 Nicollet Mall, Suite 501
        Minneapolis, Minnesota 55402

        W. Lewis Garrison, Jr., Esquire
        Garrison, Scott, Gamble & Rosenthal, P.C.
        Post Office Box 11310
        Birmingham, Alabama 35202

Dated: April 15, 2003.

                                                                                *[signature]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTIONS | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK D. EISELE, on behalf of himself and all others     :
similarly situated,                                                            :    99 Civ. 8743
                                                                                       :
                        Plaintiff,                                             :
                                                                                       :
            - against -                                                       :
                                                                                       :
MASTERCARD INTERNATIONAL, INC.,                         :
ASSOCIATES FIRST CAPITAL CORPORATION and  :
ASSOCIATES NATIONAL BANK,                                    :
                                                                                       :
                        Defendants.                                       :
-----------------------------------------------------------------x

## **ORDER**

(Caption Continues On Next Page)

```
------------------------------------------------------------------x
MARK D. EISELE, on behalf of himself and all others :
similarly situated,                                 :   99 Civ. 5065
                                                    :
                    Plaintiff,                      :
                                                    :
           - against -                              :
                                                    :
VISA INTERNATIONAL SERVICE ASSOCIATION,             :
ASSOCIATES FIRST CAPITAL CORPORATION and            :
ASSOCIATES NATIONAL BANK,                           :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------x
```

Considering the Motion to Correct Counsel of Record Information for Associates First Capital Corporation and Associates National Bank,

IT IS ORDERED that counsel of record information for Associates First Capital Corporation and Associates National Bank in the above-captioned actions shall be corrected as follows:

    R. Patrick Vance (LA Bar No. 13008)
    Jones, Walker, Waechter, Poitevent, Carrère
        & Denègre L.L.P.
    201 St. Charles Avenue
    49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8194
    Fax: (504) 589-8194

    Christopher Lipsett
    Wilmer, Cutler & Pickering
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 230-8800
    Fax: (212) 230-8888

C.A. MDL 1321 & 1322                             Page 7 of 7

New Orleans, Louisiana, this __23rd__ day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE

Case 2:00-md-01321-SRD    Document 59    Filed 04/15/2003    Page 7 of 7