

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 APR 15  PM 4:04
LORETTA G. WHYTE
CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DANIEL N. SILVERLIEB, on behalf of himself and all  :
others similarly situated,                          :   00 Civ. 3713
                                                    :
            Plaintiff,                              :
                                                    :
    - against -                                     :
                                                    :
MASTERCARD INTERNATIONAL, INC. and AT&T             :
CREDIT CONSUMER FINANCE CORPORATION,                :
                                                    :
            Defendants.                             :
                                                    :
-----------------------------------------------------------------x

**MOTION TO CORRECT COUNSEL OF RECORD INFORMATION
FOR AT&T CREDIT CONSUMER FINANCE CORPORATION**

DATE OF ENTRY
APR 23 2003

Fee___
Process___
X Dktd___
CtRmDep___
Doc.No.___
60

Defendant AT&T Credit Consumer Finance Corporation, by and through its undersigned attorneys, hereby moves this Court to enter an order correcting counsel of record information in the above-captioned matter, and further requests that all notices, pleadings and communications regarding this matter be directed to the counsel listed below:

    R. Patrick Vance (LA Bar No. 13008)
    Jones, Walker, Waechter, Poitevent, Carrère
        & Denègre L.L.P.
    201 St. Charles Avenue
    49th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8194
    Fax: (504) 589-8194

    Christopher Lipsett
    Wilmer, Cutler & Pickering
    399 Park Avenue
    New York, New York 10022
    Telephone: (212) 230-8800
    Fax: (212) 230-8888

Dated: April 14, 2003

    JONES, WALKER, WAECHTER,
    POITEVENT, CARRÈRE & DENÈGRE L.L.P.

    By: _____
    R. Patrick Vance (LA Bar No. 13008)
    201 St. Charles Avenue
    49th Floor
    New Orleans, Louisiana 70170-5100

    Christopher R. Lipsett
    WILMER, CUTLER & PICKERING
    399 Park Avenue
    New York, New York 10022

    Attorneys for AT&T Credit Consumer
    Finance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Correct Counsel of Record Information for AT&T Credit Consumer Finance Corporation has been forwarded by U.S. Mail, postage prepaid and properly addressed, to the following counsel for plaintiffs:

> Stephen B. Murray, Esquire
> The Murray Firm
> 909 Poydras Street, Suite 2550
> New Orleans, Louisiana 70130
>
> Barry G. Reed, Esquire
> Zimmerman Reed L.L.P.
> 651 Nicollet Mall, Suite 501
> Minneapolis, Minnesota 55402
>
> W. Lewis Garrison, Jr., Esquire
> Garrison, Scott, Gamble & Rosenthal, P.C.
> Post Office Box 11310
> Birmingham, Alabama 35202

Dated: April 15, 2003.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DANIEL N. SILVERLIEB, on behalf of himself and all :
others similarly situated,                        :    00 Civ. 3713
                                                  :
                Plaintiff,                        :
                                                  :
        - against -                               :
                                                  :
MASTERCARD INTERNATIONAL, INC. and AT&T           :
CREDIT CONSUMER FINANCE CORPORATION,              :
                                                  :
                Defendants.                       :
                                                  :
-----------------------------------------------------------------------x

**ORDER**

Considering the Motion to Correct Counsel of Record Information for AT & T Credit Consumer Finance Corporation,

IT IS ORDERED that counsel of record information for AT & T Credit Consumer Finance Corporation in the above-captioned action shall be corrected as follows:

R. Patrick Vance (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent, Carrère
    & Denègre L.L.P.
201 St. Charles Avenue
49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8194
Fax: (504) 589-8194

Christopher Lipsett
Wilmer, Cutler & Pickering
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Fax: (212) 230-8888

New Orleans, Louisiana, this 23rd day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE