

```
        U.S. FILED
   EASTERN DISTRICT COURT
       DISTRICT OF LA
    2003 APR 15 PM 4:05
       LORETTA G. WHYTE
            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD<br>INTERNATIONAL INC.,<br>INTERNET GAMBLING<br>LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTIONS | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LARRY THOMPSON, on behalf of himself and all      :
others similarly situated,                                               :    00 Civ. 3717
                                                                                    :
                            Plaintiff,                                         :
                                                                                    :
            - against -                                                       :
                                                                                    :
MASTERCARD INTERNATIONAL, INC.,                    :
CITIGROUP INC., CITIBANK (SOUTH DAKOTA),    :
N.A.,                                                                           :
                                                                                    :
                            Defendants.                                    :
--------------------------------------------------------------x

**MOTION TO CORRECT COUNSEL OF RECORD INFORMATION
FOR CITIGROUP INC., CITIBANK (SOUTH DAKOTA), N.A.,
AND CITIBANK CORPORATION**

(Caption Continues On Next Page)



DATE OF ENTRY
APR 23 2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
-----------------------------------------------------------------x
MARK FREEMAN, on behalf of himself and all others       :
similarly situated,                                                          :    CV98-JEO-3029
                                                                                      :
                                        Plaintiff,                            :
                                                                                      :
            - against -                                                        :
                                                                                      :
CITIBANK CORPORATION, VISA                                      :
INTERNATIONAL SERVICE ASSOCIATION, and      :
CITIBANK (SOUTH DAKOTA, N.A.,                              :
                                                                                      :
                                        Defendants.                      :
-----------------------------------------------------------------x

        Defendants Citigroup Inc., Citibank (South Dakota), N.A., and Citibank Corporation, by and through its undersigned attorneys, hereby move this Court to enter an order correcting counsel of record information in the above-captioned matters, and further request that all notices, pleadings and communications regarding these matters be directed to the counsel listed below:

        R. Patrick Vance (LA Bar No. 13008)
        Jones, Walker, Waechter, Poitevent, Carrère
            & Denègre L.L.P.
        201 St. Charles Avenue
        49th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8194
        Fax: (504) 589-8194

        Christopher Lipsett
        Wilmer, Cutler & Pickering
        399 Park Avenue
        New York, New York 10022
        Telephone: (212) 230-8800
        Fax: (212) 230-8888

Dated: April 17, 2003

JONES, WALKER, WAECHTER,
POITEVENT, CARRÈRE & DENÈGRE L.L.P.

By: _____
R. Patrick Vance (LA Bar No. 13008)
201 St. Charles Avenue
49th Floor
New Orleans, Louisiana 70170-5100

Christopher R. Lipsett
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, New York 10022

Attorneys for Citigroup Inc.,
Citibank (South Dakota), N.A., and
Citibank Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion to Correct Counsel of Record Information for Citigroup Inc., Citibank (South Dakota), N.A., and Citibank Corporation has been forwarded by U.S. Mail, postage prepaid and properly addressed, to the following counsel for plaintiffs:

        Stephen B. Murray, Esquire
        The Murray Firm
        909 Poydras Street, Suite 2550
        New Orleans, Louisiana 70130

        Barry G. Reed, Esquire
        Zimmerman Reed L.L.P.
        651 Nicollet Mall, Suite 501
        Minneapolis, Minnesota 55402

        W. Lewis Garrison, Jr., Esquire
        Garrison, Scott, Gamble & Rosenthal, P.C.
        Post Office Box 11310
        Birmingham, Alabama 35202

Dated: April 15, 2003.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: | CIVIL ACTION
MDL NOS. 1321 AND 1322

MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION (K)

THIS DOCUMENT RELATES TO: | JUDGE DUVAL
THE BELOW-CAPTIONED ACTIONS | MAG. JUDGE CHASEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LARRY THOMPSON, on behalf of himself and all       :
others similarly situated,                          :    00 Civ. 3717
                                                    :
            Plaintiff,                              :
                                                    :
     - against -                                    :
                                                    :
MASTERCARD INTERNATIONAL, INC.,                     :
CITIGROUP INC., CITIBANK (SOUTH DAKOTA),            :
N.A.,                                               :
                                                    :
            Defendants.                             :
-----------------------------------------------------------------x

**ORDER**

(Caption Continues On Next Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
-------------------------------------------------------------------x
MARK FREEMAN, on behalf of himself and all others  :
similarly situated,                                :    CV98-JEO-3029
                                                   :
                         Plaintiff,                :
                                                   :
            - against -                            :
                                                   :
CITIBANK CORPORATION, VISA                         :
INTERNATIONAL SERVICE ASSOCIATION, and             :
CITIBANK (SOUTH DAKOTA, N.A.,                      :
                                                   :
                         Defendants.               :
-------------------------------------------------------------------x

Considering the Motion to Correct Counsel of Record Information for Citigroup Inc., Citibank (South Dakota), N.A., and Citibank Corporation,

IT IS ORDERED that counsel of record information for Citigroup Inc., Citibank (South Dakota), N.A., and Citibank Corporation in the above-captioned actions shall be corrected as follows:

> R. Patrick Vance (LA Bar No. 13008)
> Jones, Walker, Waechter, Poitevent, Carrère
>      & Denègre L.L.P.
> 201 St. Charles Avenue
> 49th Floor
> New Orleans, Louisiana 70170-5100
> Telephone: (504) 582-8194
> Fax: (504) 589-8194
>
> Christopher Lipsett
> Wilmer, Cutler & Pickering
> 399 Park Avenue
> New York, New York 10022
> Telephone: (212) 230-8800
> Fax: (212) 230-8888

CA MDL 1321 & 1322    Page 7 of 7

New Orleans, Louisiana, this 23rd day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE