

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | MDL NOS. 1321 AND 1322 |
| | JUDGE DUVAL (SEC. K) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | MAG. JUDGE CHASEZ (DIV. 5) |

## MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO PLAINTIFFS' FIRST AMENDMENT TO COMPLAINT

NOW INTO COURT, through undersigned counsel, come Associates National Bank, Associates First Capital Corporation, Traveler's Bank USA Corp., Citibank, Citigroup Inc., Citibank (South Dakota) N.A., AT&T Credit Consumer Finance Corp., Fidelity Federal Bank, First Union National Bank, Heritage Bank of Commerce, Pentagon Federal Credit Union, Providian Bank, People's Bank Corp., M&T Bank Corp., KeyBank USA, N.A., Fleet Bank (Rhode Island), N.A., Fleet Credit Card Services, L.P., Capital One, First Citizens Bank & Trust Co., First Citizens Bank & Trust Co. of South Carolina, First Citizens Bank, Wachovia Bank N.A., Wachovia Bank Card Services, MBNA American Bank, Central Carolina Bank & Trust Co., Bank of America, N.A., and Chase Manhattan Corp.

N0975148 1




(hereinafter "Movers"), and move this Court for an order extending the time for filing a response to Plaintiffs' First Amendment to Complaint. Undersigned counsel is attempting to coordinate a response on behalf of Movers and, in undertaking this attempt, finds it is taking more time than anticipated. Accordingly, undersigned counsel requests an extension of 15 days, or until May 27, 2003, within which to file their response. Undersigned counsel has contacted R. Lewis Garrison, Jr., counsel for plaintiffs, who advises that he has no opposition to this request for additional time.

Respectfully submitted,

*/s/ R. Patrick Vance*

R. PATRICK VANCE (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8194
Telefax (504) 589-8194

Counsel for Defendants, Associates National Bank, Associates First Capital Corporation, Traveler's Bank USA Corp., Citibank, Citigroup Inc., Citibank (South Dakota) N.A., AT&T Credit Consumer Finance Corp., Fidelity Federal Bank, First Union National Bank, Heritage Bank of Commerce, Pentagon Federal Credit Union, Providian Bank, People's Bank Corp., M&T Bank Corp., KeyBank USA, N.A., Fleet Bank (Rhode Island), N.A., Fleet Credit Card Services, L.P., Capital One, First Citizens Bank & Trust Co., First Citizens Bank & Trust Co. of South Carolina, First Citizens Bank, Wachovia Bank N.A., Wachovia Bank Card Services, MBNA American Bank, Central Carolina Bank & Trust Co., Bank of America, N.A., and Chase Manhattan Corp.

N0975148.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion To Extend Time Within Which to Respond to Plaintiffs' First Amendment to Complaint has been served by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, to the following parties:

>Stephen B. Murray
>The Murray Firm
>909 Poydras Street, Suite 2550
>New Orleans, Louisiana 70130
>
>Barry G. Reed
>Zimmerman Reed L.L.P.
>651 Nicollet Mall, Suite 501
>Minneapolis, Minnesota 55402
>
>W. Lewis Garrison, Jr.
>Garrison, Scott, Gamble & Rosenthal, P.C.
>Post Office Box 11310
>Birmingham, Alabama 35203

Dated this 9th day of May, 2003.

_____
P. Patrick Culver

N0975148.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | MDL NOS. 1321 AND 1322 |
| | JUDGE DUVAL (SEC. K) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | MAG. JUDGE CHASEZ (DIV. 5) |

## O R D E R

Considering the foregoing Motion to Extend Time Within Which to Respond to Plaintiffs' First Amendment to Complaint,

IT IS HEREBY ORDERED that Associates National Bank, Associates First Capital Corporation, Traveler's Bank USA Corp., Citibank, Citigroup Inc., Citibank (South Dakota) N.A., AT&T Credit Consumer Finance Corp., Fidelity Federal Bank, First Union National Bank, Heritage Bank of Commerce, Pentagon Federal Credit Union, Providian Bank, People's Bank Corp., M&T Bank Corp., KeyBank USA, N.A., Fleet Bank (Rhode Island), N.A., Fleet Credit Card Services, L.P., Capital One, First Citizens Bank & Trust Co., First Citizens Bank & Trust Co. of South Carolina, First Citizens Bank, Wachovia Bank N.A., Wachovia Bank Card Services, MBNA American Bank, Central Carolina Bank & Trust Co., Bank of America, N.A., and Chase Manhattan Corp. are granted an additional 15 days,

N0975148 1

or until May 27, 2003, within which to file their response to the First Amendment to Complaint.

New Orleans, Louisiana this \_\_\_12th\_\_\_ day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE

N0975148 1