UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 MAY 22 PM 3:54
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | MDL NOS. 1321 AND 1322 <br> SECTION (K) |
| THIS DOCUMENT RELATES TO: <br> THE BELOW-CAPTIONED ACTION | JUDGE DUVAL <br> MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. THOMPSON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> versus <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, WACHOVIA BANK, N.A., and WACHOVIA BANK CARD SERVICES, <br><br> Defendants. | Civ. No. 99-5069 |

### JOINT MOTION TO SUBSTITUTE COUNSEL

On the joint motion of James F. McCabe of the law office of Morrison & Foerster L.L.P. and Lawrence E. Miller and Kevin R.J. Schroth of the law firm of LeBoeuf Lamb, Green & MacRae, L.L.P., and on suggestion to the Court that James F. McCabe and R. Patrick Vance of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. have heretofore represented Wachovia Bank, N.A. and Wachovia Bank Card Services, defendants in the

DATE OF ENTRY
JUN 0 2 2003



captioned matter, and that James F. McCabe is no longer counsel for said defendants and desires to withdraw from this case; and on further suggestion to the Court that Lawrence E. Miller and Kevin R.J. Schroth of the law firm of LeBoeuf Lamb, Green & MacRae, L.L.P. have been employed as counsel for Wachovia Bank N.A. and Wachovia Bank Card Services in the captioned matter, and they desire to have their names placed of record in this case.

                                          Respectfully submitted,

                                          _____
                                          JAMES F. McCABE
                                          Morrison & Foerster L.L.P.
                                          425 Market Street
                                          San Francisco, California 94105-2482
                                          Telephone (415) 268-7011
                                          Telefax (415) 268-7522

                                          _____
                                          LAWRENCE E. MILLER
                                          KEVIN R.J. SCHROTH
                                          LeBoeuf Lamb, Green & MacRae, L.L.P.
                                          One Riverfront Plaza
                                          Newark, New Jersey 07102-5490
                                          Telephone (973) 643-8000)
                                          Telefax (973) 643-6111

                                          _____
                                          R/PATRICK VANCE (LA Bar No. 13008)
                                          Jones, Walker, Waechter, Poitevent,
                                              Carrère & Denègre, L. L. P.
                                          201 St. Charles Avenue, 49th Floor
                                          New Orleans, Louisiana 70170-5100
                                          Telephone (504) 582-8194
                                          Telefax (504) 589-8194

                                          Counsel for Defendants, Wachovia Bank N.A.,
                                          and Wachovia Bank Card Services

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Substitute Counsel has been served by U.S. Mail, postage prepaid and properly addressed, this 2̲2̲ day of ___May___, 2003, on the following:

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Anthony Rollo
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana 70130

Phillip A. Wittman
Barry W. Ashe
Stone, Pigman, Walther, Wittmann
 & Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130

Barry G. Reed
Zimmerman Reed, P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, Minnesota 55401

W. Lewis Garrison
Garrison, Scott, Gamble & Rosenthal,
 P.C.
2117 Magnolia Avenue South
Birmingham, Alabama 35205

Jay N. Fastow
Weil, Gotshal & Manges, L.L.P.
767 Fifth Avenue
New York, New York 10153

Daniel H. Bookin
David B. Newdorf
O'Melveny & Myers, L.L.P.
275 Battery Street, 25th Floor
San Francisco, California 94111-3305

James McCabe
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482

Edwin O. Roger
Hand Arendall, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Lawrence E. Miller
LeBoeuf, Lamb, Greene & MacRae,
 L.L.P.
One Riverfront Plaza
Newark, New Jersey 07102

Scott D. Marcus
Sidley & Marcus
555 West Fifth Street
Los Angeles, California 90013

William H. Morrow
Lightfoot, Franklin & White
400 North 20th Street
Birmingham, Alabama 35203

Scott A. Fink
Gibson, Dunn & Crutcher, L.L.P.
Telesis Tower
One Montgomery Street
San Francisco, California 94104-4504

Frank Massengale
Locke, Liddell & Sapp
601 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

Michael L. Edwards
Balch & Bingham L.L.P.
Post Office Box 306
Birmingham, Alabama 35201

Gene W. Lafitte
Liskow & Lewis, A Professional Law
    Corporation
One Shell Square, 50th Floor
New Orleans, Louisiana 70139

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION | SECTION (K) |
| THIS DOCUMENT RELATES TO: | JUDGE DUVAL |
| THE BELOW-CAPTIONED ACTION | MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. THOMPSON, on behalf of himself and all others similarly situated, | Civ. No. 99-5069 |
| Plaintiff, | |
| versus | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, WACHOVIA BANK, N.A., and WACHOVIA BANK CARD SERVICES, | |
| Defendants. | |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel;

IT IS ORDERED that James F. McCabe be and is hereby permitted to withdraw from this case as counsel for defendants Wachovia Bank N.A. and Wachovia Bank Card Services, and his name be erased from the records thereof;

IT IS FURTHER ORDERED that Lawrence E. Miller and Kevin R.J. Schroth of the law firm of LeBoeuf Lamb, Green & MacRae, L.L.P. be enrolled as counsel of record with R. Patrick Vance for the defendants, Wachovia Bank N.A. and Wachovia Bank Card Services.

New Orleans, Louisiana, this 29th day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE

NW 190048 1 38551 00426