

**MINUTE ENTRY**
**DUVAL, J.**
**June 17, 2003**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC. INTERNET GAMBLING LITIGATION | CIVIL ACTION<br><br>NO. 00MD-1321<br><br>SECTION "K" (5) |

This Minute Entry clarifies the Court's Minute Entry dated March 10, 2003, (Rec. Doc. 56), and reschedules the June 20, 2003 hearing to **Thursday, July 17, 2003 at 2:00 p.m.**

The Court's March 10, 2003 Minute Entry ordered the plaintiffs to file their Motion for Leave to Amend the Complaint by April 10, 2003. (Rec. Doc. 56). The Court further ordered the defendants to respond to the Motion for Leave to Amend by May 12, 2003. Subsequently, the Court granted the defendants additional time to file their response. In light of this extension of time, the Court has decided to reset the June 20, 2003 hearing to Thursday, July 17, 2003 at 2:00 p.m. Further, on the hearing date the Court <u>will not</u> hear oral arguments pertaining to the Motion for Leave to Amend the Complaint. Instead, the parties should be prepared to discuss the status of the case and future deadlines. Accordingly,

**IT IS ORDERED** that counsel for the parties will convene in person on **July 17, 2003 at**

1

DATE OF ENTRY
JUN 1 8 2003

2:00 p.m. CST to discuss the status of the case and future deadlines. The Court expects all attorneys to be present on that date unless they have notified the Court by fax by **July 15, 2003 at 4:30 p.m. CST** that they will attend by phone or otherwise make arrangements to be represented at the meeting.

**IT IS FURTHER ORDERED** that a copy of this minute entry shall be sent to the following addresses:

**Attorneys for Plaintiffs**
Lew Garrison
PO Box 11310
Birmingham, AL 35202


Barry Reed
Zimmerman Reed PLLP
651 Nicollet Mall, Ste. 501
Minneapolis, MN 55402-1646


**Attorneys for Defendants**
Christopher Lipsett,
Wilmer, Cutler, & Pickering
520 Madison Ave.
New York, NY 10022

Patrick Vance
Jones Walker
201 St. Charles Ave, 49th Fl
New Orleans, LA 70170

Kevin Schroth
LeBouef, Lamb, Green & McRae
One Riverfront Plaza
Newark, NJ 01702

Arne Wagner
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2480

Julie Nelson
Citigroup Universal Card Services, Inc.
8787 Baypine Rd.
Room 3-2-A 720
Jacksonville, FL 32256

Roger Bates
Hand Arendall, LLC
Suite 900, Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Joe B. Norman
Liskow & Lewis
701 Poydras St.
One Shell Square, 50th Floor
New Orleans, LA 70139

Mark L. LoSacco
LaBoeuf, Lamb, Green & Macrae
One Riverfront Plaza
Newark, NJ 07102

Michael Edwards
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201

Michael Edwards
1710 6th Ave. North
Birmingham, AL 35203

Scott Marcus
Sidley & Austin
555 West Fifth St.
Los Angeles, CA 90013

Martin Bryce
Ballard, Spahr Andrews, & Ingersoll, LLP

3

1735 Market St., 51st Floor
Philadelphia, PA 19103-7599

Alan Kaplinsky
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Fl.
Philadelphia, PA 19103-7599

Thomas Kavaler
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005-1702

Stephen Eisenberg
Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313-2032

James McCabe
Morrison & Forrester
425 Market St.
San Francisco, CA 94105-2482

John Wallace
People's Bank
850 Main ST. Bridgeport, CT 06604

William Wenzel
Pullman & Comley LLC
850 Main St.
Bridgeport, CT 06601-7006

William H. Morrow
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th St. North
Birmingham, AL 35203

Scott Fink
Gibson, Dunn & Crutcher, LLP
One Montgomery St., West Tower
San Francisco, CA 94104

John Fanestock

M&T Bank Corp.
One M&T Plaza
12th Floor
Buffalo, NY 14203-2399