FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 24 AM 9: 11

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**June 18, 2003**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC.<br>INTERNET GAMBLING LITIGATION | CIVIL ACTION<br><br>NO. 00MD-1321<br><br>SECTION "K" (5) |

### AMENDED MINUTE ENTRY

Because the Court has recently been advised that counsel for plaintiffs cannot attend the July 17, 2003 status conference due to a scheduling conflict which predated the issuance of the Court's June 17, 2003 Minute Entry, **IT IS ORDERED** that the status conference previously set for **July 17, 2003 at 2:00 p.m.**, (Rec. Doc. 66), is hereby **RESET to July 15, 2003 at 2:30 p.m. CST.** Parties shall notify the Court of who will attend by phone and in person by July 14, 2003. Except for the date change, the remainder of the Court's previous minute entry shall remain in effect.

*[signature]*

DATE OF ENTRY
JUN 2 4 2003

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. 67