

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 11 P 3: 45

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**July 11, 2003**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.　　　CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00MD-1321

SECTION "K" (5)

The Court hereby cancels the July 15, 2003 in person conference. The Court will schedule another conference after it issues a decision on the Motion for Leave to Amend.

Accordingly,

**IT IS ORDERED** the conference set for **July 15, 2003 at 4:30 p.m. CST** is hereby cancelled.

**IT IS FURTHER ORDERED** that a copy of this minute entry shall be sent to the following addresses:

**Attorneys for Plaintiffs**
Lew Garrison
PO Box 11310
Birmingham, AL 35202

1

DATE OF ENTRY
JUL 14 2003



Barry Reed
Zimmerman Reed PLLP
651 Nicollet Mall, Ste. 501
Minneapolis, MN 55402-1646


**Attorneys for Defendants**
Christopher Lipsett,
Wilmer, Cutler, & Pickering
520 Madison Ave.
New York, NY 10022

Patrick Vance
Jones Walker
201 St. Charles Ave, 49th Fl
New Orleans, LA 70170

Kevin Schroth
LeBouef, Lamb, Green & McRae
One Riverfront Plaza
Newark, NJ 01702

Arne Wagner
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2480

Julie Nelson
Citigroup Universal Card Services, Inc.
8787 Baypine Rd.
Room 3-2-A 720
Jacksonville, FL 32256

Roger Bates
Hand Arendall, LLC
Suite 900, Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Joe B. Norman

Liskow & Lewis
701 Poydras St.
One Shell Square, 50th Floor
New Orleans, LA 70139

Mark L. LoSacco
LaBoeuf, Lamb, Green & Macrae
One Riverfront Plaza
Newark, NJ 07102

Michael Edwards
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201

Michael Edwards
1710 6th Ave. North
Birmingham, AL 35203

Scott Marcus
Sidley & Austin
555 West Fifth St.
Los Angeles, CA 90013

Martin Bryce
Ballard, Spahr Andrews, & Ingersoll, LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599

Alan Kaplinsky
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Fl.
Philadelphia, PA 19103-7599

Thomas Kavaler
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005-1702

Stephen Eisenberg
Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA 22313-2032

James McCabe
Morrison & Forrester
425 Market St.
San Francisco, CA 94105-2482

John Wallace
People's Bank
850 Main ST. Bridgeport, CT 06604

William Wenzel
Pullman & Comley LLC
850 Main St.
Bridgeport, CT 06601-7006

William H. Morrow
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th St. North
Birmingham, AL 35203

Scott Fink
Gibson, Dunn & Crutcher, LLP
One Montgomery St., West Tower
San Francisco, CA 94104

John Fanestock
M&T Bank Corp.
One M&T Plaza
12th Floor
Buffalo, NY 14203-2399