FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 17 AM 10: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | MDL NOS. 1321 AND 1322 <br> SECTION K |
| THIS DOCUMENT RELATES TO: <br> THE BELOW-CAPTIONED ACTION | JUDGE DUVAL <br> MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO) | |
| WILLIAM R. THOMPSON | |
| V. | CIVIL ACTION NO. 00-1774 |
| VISA INTERNATIONAL SERVICE ASSOCIATION AND M&T BANK CORPORATION | |

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, William R. Thompson, and defendant, M&T Bank Corporation, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

N1006024.1

DATE OF ENTRY
JUL 17 2003

___ Fee_____
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No. 69

Respectfully submitted,

*(signature)*

R. PATRICK VANCE (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8194
Telefax (504) 589-8194

JAMES F. McCABE
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482
Telephone (415) 268-7011
Telefax (415) 268-7522
Attorneys for Defendant, M&T Bank Corporation

*(signature)*

W. LEWIS GARRISON, JR.
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
Telephone (205) 326-3336
Telefax (205-326-3332

BARRY G. REED
Zimmerman Reed L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
Telephone (612) 341-0400
Telefax (612) 341-0844
Attorneys for Plaintiff, William R. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this 15th day of July, 2003, on the following:

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

James McCabe
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482

[signature]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO) | |
| V. | CIVIL ACTION |
| M&T BANK CORPORATION | NO. 00-CV-1996 |

### ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ____15____ day of July, 2003.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

N1006024.1