

MINUTE ENTRY
DUVAL, J.
July 15, 2003

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.　　　　CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00MD-1321

SECTION "K" (5)

Attending an informal status conference this date were:
Lew Garrison and Barry Reed, for plaintiffs,
Pat Vance, for the defendants, and
John Fahnestock, for defendant M&T Bank Corp.

The Court held an informal conference in the in the above captioned matter on this date at 2:00 p.m. because several attorneys did not receive notice that the Court had previously cancelled the conference. See Rec. Doc. 68.

The Court informed the parties that it had reached a decision on the Motion for Leave to Amend the Complaint, Rec. Doc. 57. At the request of counsel for plaintiffs, the Court advised the parties that it would wait two weeks, or until July 30, 2003 at 4:30 p.m., to issue its ruling on the motion. Pat Vance, counsel for defendants, consented to plaintiffs' suggestion that the Court postpone its ruling.

1

DATE OF ENTRY
JUL 1 7 2003

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

The parties informally agreed that if the Court denies the Motion for Leave to Amend, they will make a concerted effort to file a stipulated dismissal of the federal claims with prejudice and the state law claims without prejudice by July 31, 2003.