FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 24  PM 3: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION |
| | MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION K  00-1997 |
| THIS DOCUMENT RELATES TO: THE BELOW-CAPTIONED ACTION | JUDGE DUVAL MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO) | |
| JEAN COTE, *ET AL.* | |
| V. | CIVIL ACTION NO. 00-1776 |
| VISA INTERNATIONAL SERVICE ASSOCIATION AND UNION BANK OF CALIFORNIA, N.A. | |

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Jean Cote, and defendant, Union Bank of California, N.A., who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

N1008419.1

DATE OF ENTRY
JUL 2 8 2003

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

Respectfully submitted,

*[signature]*

R. PATRICK VANCE (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8194
Telefax (504) 589-8194

RICHARD P. JEFFRIES
Kutak Rock L.L.P.
1650 Farnam Street
Omaha, Nebraska 68102
Telephone (402) 231-8765
Telefax (402) 346-1148
Attorneys for Defendant, Union Bank of
   California, N.A.

*[signature]*

W. LEWIS GARRISON, JR.
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
Telephone (205) 326-3336
Telefax (205-326-3332

BARRY G. REED
Zimmerman Reed L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
Telephone (612) 341-0400
Telefax (612) 341-0844
Attorneys for Plaintiff, William R. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this 21 day of July, 2003, on the following:

>Richard P. Jeffries
>Kutak Rock L.L.P.
>1650 Farnam Street
>Omaha, Nebraska 68102

*[signature]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

JEAN COTE, *ET AL.*

V.                                                         CIVIL ACTION NO. 00-1776

VISA INTERNATIONAL SERVICE
ASSOCIATION and UNION BANK OF
CALIFORNIA, N.A.

## O R D E R

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

N1008419 1

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ___24th___ day of July, 2003.

_____
UNITED STATES DISTRICT JUDGE