```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2003 AUG -1  PM 2: 37

              LORETTA G. WHYTE
                     CLERK
```

**MINUTE ENTRY**
**DUVAL, J.**
**August 1, 2003**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.                CIVIL ACTION
INTERNET GAMBLING LITIGATION
                                                     NO. 00MD-1321

                                                     SECTION "K" (5)


It is ordered that a telephone status conference in the above captioned case shall be held on Monday, August 4, 2003 at 3:00 p.m. Plaintiffs shall initiate the call to 504-589-7540. Only liaison counsel for plaintiffs and defendants are required to participate in the conference.

DATE OF ENTRY
AUG 0 1 2003

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.__73__