

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG -8 PM 3:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K   00-665 |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

MARK D. EISELE

V.                                                          CIVIL ACTION NO. 99-4669

VISA INTERNATIONAL SERVICE
ASSOCIATION AND PRUDENTIAL BANK
AND TRUST COMPANY

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Mark D. Eisele, and defendant, Prudential Bank and Trust Company, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

N1014830 1



DATE OF ENTRY
AUG 1 5 2003

Respectfully submitted,

_/s/ R. Patrick Vance_

R. PATRICK VANCE (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8194
Telefax (504) 589-8194

SCOTT A. FINK
Gibson, Dunn & Crutcher L.L.P.
One Montgomery Street, 26th Floor
San Francisco, California 94104-4505

Attorneys for Defendant, Prudential Bank and
   Trust Company

_/s/ W. Lewis Garrison, Jr._

W. LEWIS GARRISON, JR.
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
Telephone (205) 326-3336
Telefax (205-326-3332

BARRY G. REED
Zimmerman Reed L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
Telephone (612) 341-0400
Telefax (612) 341-0844

Attorneys for Plaintiff, Mark D. Eisele

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this _____ day of August, 2003, on the following:

> Stephen B. Murray
> Stephanie M. Lawrence
> The Murray Firm
> 909 Poydras Street, Suite 2550
> New Orleans, Louisiana 70130
>
> Scott A. Fink
> Gibson, Dunn & Crutcher L.L.P.
> One Montgomery Street, 26th Floor
> San Francisco, California 94104-4505

*[signature]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

MARK D. EISELE

V.                                                              CIVIL ACTION NO. 99-4669

VISA INTERNATIONAL SERVICE
ASSOCIATION AND PRUDENTIAL BANK
AND TRUST COMPANY

### O R D E R

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

N1014830 1

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ___14th___ day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE