

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 18  P 12: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA (OAKLAND) | |
| PATRICIA ERWIN | |
| V. | CIVIL ACTION NO. 00-1775 |
| VISA INTERNATIONAL SERVICE<br>ASSOCIATION AND BANK OF<br>AMERICA NA | |

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Patricia Erwin, and defendant, Bank of America NA, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

N1017813.1

DATE OF ENTRY
AUG 2 2 2003

___ Fee_____
___ Process____
X / Dktd_____
✓ CtRmDep____
___ Doc. No. 76

Respectfully submitted,

_____
R. PATRICK VANCE (LA Bar No. 13008)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L. L. P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone (504) 582-8194
Telefax (504) 589-8194

ARNE D. WAGNER
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482
Telephone (415) 268-6158
Telefax (415) 268-7522

Attorneys for Defendant, Bank of America NA

_____
W. LEWIS GARRISON, JR.
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
Telephone (205) 326-3336
Telefax (205-326-3332

BARRY G. REED
Zimmerman Reed L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
Telephone (612) 341-0400
Telefax (612) 341-0844

Attorneys for Plaintiff, Patricia Erwin

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this 18 day of August, 2003, on the following:

Stephen B. Murray
Stephanie M. Lawrence
The Murray Firm
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70130

Arne D. Wagner
Morrison & Foerster, L.L.P.
425 Market Street
San Francisco, California 94105-2482

N1017813 1                          3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

PATRICIA ERWIN

V.                                                              CIVIL ACTION NO. 00-1775

VISA INTERNATIONAL SERVICE
ASSOCIATION AND BANK OF
AMERICA NA

### O R D E R

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

N1017813 1

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this \_\_\_19th\_\_\_ day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE

N1017813 1