MINUTE ENTRY
DUVAL, J.
August 29, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.  CIVIL ACTION
INTERNET GAMBLING LITIGATION
NO. 00-MD-1321

SECTION "K" (5)

The Court held a Status Conference August 4, 2003 in the above-styled matter. As a result, the Court orders the following briefing schedule:

**IT IS ORDERED** that:

1. Defendants shall file a Motion to Dismiss or a Motion for Summary Judgment in all remaining cases and shall address jurisdiction and the merits therein. Defendants shall file separate motions in each case on or before **September 29, 2003.**

2. Plaintiffs shall respond to each motion on or before **October 29, 2003.**

3. Any reply thereto shall be filed no later than **November 13, 2003.**

4. If oral argument is requested, it shall be held on **December 3, 2003 at 10:00 a.m.**

**THE COURT SHALL NOT GRANT ANY MOTION TO CONTINUE ANY OF THESE SPECIFIED DATES WITHOUT EXTRAORDINARY CAUSE SHOWN.**

DATE OF ENTRY
AUG 2 9 2003