FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP -4  PM 4: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.       **CIVIL ACTION**
INTERNET GAMBLING LITIGATION

**NO. 00-MD-1321**
**00-MD-1322**

**SECTION "K" (5)**

## ORDER

This Court dismissed the RICO claims on February 23, 2001 in Civil Action Nos. 00-1986 and 00-2002 and, having entered judgment accordingly (Doc.35 & 36), that order was affirmed by the United States Court of Appeals for the Fifth Circuit on December 12, 2002. These cases had been designated as test cases in this Multidistrict Litigation proceeding. After a status conference which was held on August 4, 2003, the Court determined that the RICO claims in all pending cases in the Multidistrict Litigation proceeding shall be dismissed as the Court has determined that the RICO issue has been fully adjudicated.

Furthermore, this Court denied a Motion for Leave to Amend (Doc.57) which pertained to all cases in this Multidistrict Litigation Proceeding. Accordingly, pursuant to Fed. R. Civ. P. 54(b), finding that there is no just reason for delay,

Fee_____
Process_____
X Dktd_____
____ CtRmDep_____
____ Doc. No._____

DATE OF ENTRY
SEP 0 5 2003

**IT IS ORDERED** that judgment be entered with respect to the RICO claims and the denial

of leave to amend in the following cases:

| Case No. | Style |
|----------|-------|
| 00-657 | *Brown v. Mastercard International, Inc.* |
| 00-658 | *Maple v. Capital One Bank* |
| 00-659 | *Eisele v. Mastercard International, Inc.* |
| 00-660 | *Eisele v. Mastercard International, Inc.* |
| 00-661 | *Eisele v. Mastercard International, Inc.* |
| 00-662 | *Freeman v. Providian National Bank* |
| 00-663 | *Freeman v. Citibank Corp.* |
| 00-664 | *Jones v. Visa International Service Assoc.* |
| 00-666 | *Eisele v. Visa International Service Assoc.* |
| 00-667 | *Eisele v. Visa International Service Assoc.* |
| | |
| 00-1168 | *Eisele v. Visa International Service Assoc.* |
| 00-1169 | *Eisele v. Visa International Service Assoc.* |
| 00-1170 | *Normand v. Visa International Service Assoc.* |
| 00-1171 | *Thompson v. Visa International Service Assoc.* |
| 00-1172 | *Thompson v.Visa International Service Assoc.* |
| 00-1985 | *Cote v. Mastercard International Inc.* |
| 00-1987 | *Bradley v. Mastercard International Inc.* |
| 00-1988 | *Silverlieb v. Mastercard International Inc.* |

| | |
|---|---|
| 00-1989 | *Keys v. Mastercard International Inc.* |
| 00-1990 | *Silverlieb v. Mastercard International Inc.* |
| 00-1993 | *Thompson v. Mastercard Internatoinal Inc.* |
| 00-1994 | *Bradley v. Mastercard International Inc.* |
| 00-1995 | *Silverlieb v. Visa International Service Assoc.* |
| 00-1998 | *Silverlieb v. Visa International Service Assoc.* |
| 00-1999 | *Silverlieb v. Visa International Service Assoc.* |
| 00-2000 | *Thompson v. Visa International Service Assoc.* |

New Orleans, Louisiana, this ___3___ Septem~~ber~~ rd day of ~~August~~, 2003.

_____

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

3