FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP -4 PM 4:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-MD-1321

THOMPSON                                                    CIVIL ACTION

VERSUS                                                      NO. 00-2000

VISA INTERNATIONAL
SERVICE ASSOCIATION                                         SECTION "K"(5)

## JUDGMENT

Based on the foregoing Order entered this day in *In re Mastercard Internation, Inc., Internet Gambling Litigation*, 00-MD-1321 and 00-MD-1322, pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants and against plaintiffs dismissing plaintiffs' RICO demands.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Motion to Amend in the above MDL proceeding is **DENIED.**

All costs to be assessed against plaintiffs.

New Orleans, Louisiana, this 3rd day of September, 2003.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
SEP 0 5 2003

___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 81