FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP -4 PM 4: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-MD-1321

| | |
|---|---|
| THOMPSON | CIVIL ACTION |
| VERSUS | NO. 00-1172 |
| VISA INTERNATIONAL SERVICE ASSOCIATION | SECTION "K"(5) |

## JUDGMENT

Based on the foregoing Order entered this day in *In re Mastercard Internation, Inc.,*

*Internet Gambling Litigation*, 00-MD-1321 and 00-MD-1322, pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of

defendants and against plaintiffs dismissing plaintiffs' RICO demands.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Motion to

Amend in the above MDL proceeding is **DENIED**.

All costs to be assessed against plaintiffs.

New Orleans, Louisiana, this 3rd day of September, 2003.

DATE OF ENTRY
SEP 0 5 2003

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No. 90