```
                                                    FILED
                                              U S DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2003 SEP -4  PM 4:39

                                              LORETTA G. WHYTE
                                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-MD-1321

NORMAND                                       CIVIL ACTION

VERSUS                                        NO. 00-1170

VISA INTERNATIONAL
SERVICE ASSOCIATION                           SECTION "K"(5)

## JUDGMENT

Based on the foregoing Order entered this day in *In re Mastercard Internation, Inc.,*

*Internet Gambling Litigation*, 00-MD-1321 and 00-MD-1322, pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of

defendants and against plaintiffs dismissing plaintiffs' RICO demands.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Motion to

Amend in the above MDL proceeding is **DENIED.**

All costs to be assessed against plaintiffs.

New Orleans, Louisiana, this 3rd day of September, 2003.

```
                                        STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE
```

DATE OF ENTRY
SEP 0 5 2003

___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.