```
           FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2003 SEP -4  PM 4: 39

        LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-MD-1321

| | |
|---|---|
| EISELE | CIVIL ACTION |
| VERSUS | NO. 00-661 |
| MASTERCARD INTERNATIONAL, INC. | SECTION "K"(5) |

## JUDGMENT

Based on the foregoing Order entered this day in *In re Mastercard Internation, Inc., Internet Gambling Litigation*, 00-MD-1321 and 00-MD-1322, pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants and against plaintiffs dismissing plaintiffs' RICO demands.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Motion to Amend in the above MDL proceeding is **DENIED**.

All costs to be assessed against plaintiffs.

New Orleans, Louisiana, this 3rd day of September, 2003.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
SEP 0 5 2003

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No. 100