FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 OCT -6 AM 8:36

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
DUVAL, J.
October 1, 2003

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.      CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-1321,
00-1322

SECTION "K"(5)

### ORDER OF DISMISSAL

The Court has been advised through letter by counsel for the defendant that the parties to the following actions have agreed upon a compromise in principal:

| Case No. | Style |
| --- | --- |
| 00-658 | *Maple v. Capital One Bank* |
| 00-659 | *Eisele v. Mastercard International, Inc.* |
| 00-663 | *Freeman v. Citibank Corp.* |
| 00-666 | *Eisele v. Visa International Service Assoc.* |
| 00-1168 | *Eisele v. Visa International Service Assoc.* |

DATE OF ENTRY
OCT 0 7 2003

___ Fee____
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.____

| | |
|---|---|
| 00-1170 | *Normand v. Visa International Service Assoc.* |
| 00-1172 | *Thompson v. Visa International Service Assoc.* |
| 00-1995 | *Silverlieb v. Visa International Service Assoc.* |
| 00-1989 | *Keys v. Mastercard International, Inc.* |
| 00-1985 | *Cote v. Mastercard International, Inc.* |
| 00-1986 | *Thompson v. Mastercard International, Inc.* |
| 00-1987 | *Bradley v. Mastercard International, Inc.* |
| 00-1988 | *Silverlieb v. Mastercard International, Inc.* |
| 00-1991 | *Erwin v. Mastercard International, Inc.* |
| 00-1993 | *Thompson v. Mastercard Internatoinal, Inc.* |
| 00-1998 | *Silverlieb v. Visa International Service Assoc.* |
| 00-2000 | *Thompson v. Visa International Service Assoc.* |
| 00-2001 | *Erwin v. Visa International Service Assoc.* |
| 00-2002 | *Bradley v. Visa InternationalService Assoc.* |

**IT IS ORDERED** that these actions be and they are hereby dismissed without costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreements entered into by the parties.

New Orleans, Louisiana, this 2nd day of October, 2003

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

# JONES WALKER

R. Patrick Vance
Direct Dial 504-582-8194
Direct Fax 504-589-8194
pvance@joneswalker.com

September 29, 2003

**<u>VIA TELEFAX (589-2393)</u>**
Honorable Stanwood R. Duval, Jr.
Judge, Section K
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C368
New Orleans, Louisiana 70130



Re:   In re MasterCard International, Inc.
      Internet Gambling Litigation
      USDC EDLA C/A No. 00MD1321

Dear Judge Duval:

      Pursuant to my telephone conversation this date with your law clerk, I am writing to advise you that the following cases have settled in principal. We will submit pleadings to dismiss these cases in the near future.

      1)    Patricia M. Erwin v. MasterCard International, Inc. and Bank of America, N.A. MDL Case No. 00-1991;

      2)    Patricia Erwin v. VISA International Service Association and Bank of America, N.A., MDL Case No. 00-2001;

      3)    Kim J. Normand v. VISA International Service Association and Heritage Bank of Commerce, MDL Case No. 00-1170;

      4)    Thompson v. Visa International Serivce Association, Fleet Bank (Rhode Island), N.A. and Fleet Credit Card Services, L.P., MDL Case No. 00-2000;

      5)    Sliverlieb v. Visa International Service Association and KeyBank, USA, National Association, MDL Case No. 00-1998;

      6)    Thompson v. MasterCard international, Inc., Fleet Bank (Rhode Island), N.A. and Fleet Credit Card Services, L.P., MDL Case No. 00-1986;

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 St Charles Avenue, 49th Fl. • New Orleans, Louisiana 70170-5100 • 504-582-8000 • Fax 504-582-8583 • E-Mail info@joneswalker.com • www.joneswalker.com

BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C

N1042819.1

September 29, 2003
Page 2

    7)     Mark Eisele v. Visa International Service Association, First Citizens Bank and Trust Company, and First Citizens Bank and Trust Company of South Carolina, MDL Case No. 00-666;

    8)     Cara Keys v. MasterCard International Inc. and Central Carolina Bank & Trust, MDL Case No. 00-1980;

    9)     David T. Maple v. MasterCard International, Inc. and Capital One Bank, MDL Case No. 00-658;

    10)     Larry Thompson v. Visa International Service Association and MBNA America Bank, MDL Case No. 00-1172;

    11)     Jean Cote v. MasterCard International, Inc. and Chase Manhattan Corporation, MDL Case No. 00-1985;

    12)     Lawrence Bradley v. MasterCard International, Inc. and MBNA America Bank, MDL Case No. 00-1987;

    13)     Daniel Silverlieb v. Visa International Service Association and Chase Manhattan Corporation, MDL Case No. 00-1779;

    14)     Lawrence Bradley v. Visa International Service Association and Travelers Bank USA Corp., MDL Case No. 00-2002;

    15)     Mark Eisele v. MasterCard International, Inc., Associates First Capital Corporation and Associates National Bank, MDL Case No. 00-659;

    16)     Mark Freeman v. Visa International Service Association, Citibank Corporation, and Citibank (South Dakota), N.A., MDL Case No. 00-663;

    17)     Mark D. Eisele v. Visa International Service Association, Associates First Capital Corporation and Associates National Bank, MDL Case No. 00-1168;

    18)     Daniel N. Silverlieb v. MasterCard International Inc. and AT&T Credit Consumer Finance Corporation, MDL Case No. 00-1988; and,

    19)     Larry Thompson v. MasterCard International, Inc., Citigroup Inc., and Citibank (South Dakota), N.A., MDL Case No. 00-1993.

September 29, 2003
Page 3

The following parties have filed pleadings today on the merits in the following cases:

1) Mark D. Eisele, et al. v. MasterCard International, Inc. and Pentagon Federal Credit Union, MDL Case No. 00-661;

2) Mark D. Eisele, et al. v. Visa International Service Association and Pentagon Federal Credit Union, MDL Case No. 00-1169;

3) Daniel N. Silverlieb, et al. v. MasterCard International, Inc. and People's Bank Corporation, MDL Case No. 00-1990;

4) Daniel N. Silverlieb, et al. v. Visa International, Inc. and People's Bank Corporation, MDL Case No. 00-1995;

5) Evelyn L. Brown v. MasterCard International and Fidelity Federal Bank, MDL Case No. 00-657;

6) Mark Freeman v. Visa International Service Association and Providian National Bank, MDL Case No. 00-662;

7) Larry A. Thompson v. Visa International Service Association, Wachovia Bank, N.A., and Wachovia Bank Card Services, MDL Case No. 00-1171; and,

8) Mark D. Eisele v. MasterCard International, Inc. and First Union National Bank, MDL Case No. 00-660.

Sincerely yours,

R. Patrick Vance

RPV:dgs

cc: W. Lewis Garrison, Jr., Esq.
Barry G. Reed, Esq.
Stephen B. Murray, Esq.
James F. McCabe, Esq.
Joe B. Norman, Esq.
Christopher Lipsett, Esq.
Roger L. Bates, Esq.
Lawrence E. Miller, Esq.
Kevin Schroth, Esq.

T. R. Scarborough, Esq.
Thomas J. Kavaler, Esq.
Stephen A. J. Eisenberg, Esq.
William H. Morrow, Esq.
William J. Wenzel, Esq.
Alan S. Kaplinsky, Esq.
Martin C. Bryce, Jr., Esq.
John Van de Weert, Esq.

N1042819.1