

MINUTE ENTRY
DUVAL, J.
October 7, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.  CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-1321,
00-1322

SECTION "K"(5)

### AMENDED ORDER OF DISMISSAL

On October 6, this Court filed an ORDER OF DISMISSAL after being advised through letter by counsel for the defendant that the parties to certain MDL actions had agreed upon a compromise in principal (Rec. Doc. No. 111). The Court was then informed by counsel for the defendant that the ORDER OF DISMISSAL included the wrong Civil Action Case Number, 00-1995, for the matter styled *Silverlieb v. Visa International Service Assoc.* The Court notes this clerical error and hereby sets out to correct it. Therefore,

**IT IS ORDERED** that the portion of the ORDER OF DISMISSAL that reads "[Case No.] 00-1995 [Style] *Silverlieb v. Visa International Service Assoc.*" be **AMENDED** as follows:

DATE OF ENTRY
OCT 0 8 2003



| **Case No.** | **Style** |
|---|---|
| 00-199**9** | *Silverlieb v. Visa International Service Assoc.* |

**IT IS FURTHER ORDERED** that the above-styled action, Civil Action No. 00-1999, be and it is hereby dismissed without costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreements entered into by the parties. Civil Action No. 00-1995, *Silverlieb v. Visa International Service Assoc.*, is not to be dismissed at this time.

New Orleans, Louisiana, this 7th day of October, 2003

_____
STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**