UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ALABAMA | |
| DONALD H. JONES, JR. | |
| v. | CIVIL ACTION NO. CV-99-N-0785-S |
| VISA INTERNATIONAL SERVICE ASSOCIATION and FIRST USA BANK, N.A. | |

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Donald H. Jones, Jr., and defendant, First USA Bank, N.A., who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
W. LEWIS GARRISON, JR.

DATE OF ENTRY
OCT 0 8 2003

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this ___ day of _____, 2003, on the following:

Julia S. Stewart, Esq.
J. Mark White, Esq.
WHITE, DUNN & BOOKER
290 - 21st Street North
600 Massey Building
Birmingham, AL 35203

Michael L. Edwards, Esq.
Cynthia G. Burnside, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201

_____
Of Counsel

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ALABAMA | |
| DONALD H. JONES, JR. | |
| v. | CIVIL ACTION NO. CV-99-N-0785-S |
| VISA INTERNATIONAL SERVICE<br>ASSOCIATION and FIRST USA BANK,<br>N.A. | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ___7___ day of ___October___, 2003.

_____
UNITED STATES DISTRICT JUDGE