FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 OCT -6 PM 3:46
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

LAWRENCE BRADLEY,

v.

MASTERCARD INTERNATIONAL, INC.
and FIRST USA BANK, N.A.

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION K

JUDGE DUVAL
MAG. JUDGE CHASEZ

00-1994

CIVIL ACTION NO. 00-Civ. 3718 (RMB)

### EX PARTE MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Lawrence Bradley and defendant, First USA Bank, N.A., who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

Respectfully submitted,

W. LEWIS GARRISON, JR.

DATE OF ENTRY
OCT 0 8 2003

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. 114

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, Alabama 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this __3__ day of __Oct_____, 2003, on the following:

Julia S. Stewart, Esq.
J. Mark White, Esq.
WHITE, DUNN & BOOKER
290 - 21st Street North
600 Massey Building
Birmingham, AL 35203

Michael L. Edwards, Esq.
Cynthia G. Burnside, Esq.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201

_____
Of Counsel

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ALABAMA | |
| DONALD H. JONES, JR. | |
| v. | CIVIL ACTION NO. CV-99-N-0785-S |
| VISA INTERNATIONAL SERVICE<br>ASSOCIATION and FIRST USA BANK,<br>N.A. | |

## O R D E R

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 7th day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE