
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING
LITIGATION

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION K

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

JUDGE DUVAL
MAG. JUDGE CHASEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

00-1993

LARRY THOMPSON, et al

V.

CASE NO. 00 Civ. 3717 (BSJ)

MASTERCARD INTERNATIONAL INC.,
CITIGROUP, INC. and CITIBANK (SOUTH
DAKOTA), N.A.

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Larry Thompson, and defendant, Mastercard International Inc., Citigroup, Inc. and Citibank (South Dakota), N.A., who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
W. LEWIS GARRISON, JR.
DATE OF ENTRY
NOV 1 4 2003

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No. 126

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, AL 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this 11 day of Nov, 2003, on the following:

Christopher Lipsett, Esq.
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022

_____
Of Counsel

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL INC., INTERNET GAMBLING LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | |
| LARRY THOMPSON, et al | |
| V. | CASE NO. 00 Civ. 3717 (BSJ) |
| MASTERCARD INTERNATIONAL INC., CITIGROUP, INC. and CITIBANK (SOUTH DAKOTA), N.A. | |

ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 13th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE