FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 NOV 12 P 1:38

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL N. SILVERLIEB, et al

V.

MASTERCARD INTERNATIONAL INC.
and AT&T CREDIT CONSUMER FINANCE
CORPORATION

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION K

JUDGE DUVAL
MAG. JUDGE CHASEZ

00-1988

CASE NO. 00 Civ. 3713

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Daniel N. Silverlieb, and defendant, Mastercard International Inc., and AT&T Credit Consumer Finance Corporation, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

Respectfully submitted,

W. LEWIS GARRISON, JR.

DATE OF ENTRY
NOV 14 2003

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No. 128

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, AL 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this 11 day of Nov., 2003, on the following:

Christopher Lipsett, Esq.
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022

_____
Of Counsel

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL N. SILVERLIEB, et al

V.                                                                                           CASE NO. 00 Civ. 3713

MASTERCARD INTERNATIONAL INC.
and AT&T CREDIT CONSUMER FINANCE
CORPORATION

## ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _15th_ day of _November_, 2003.

_____
UNITED STATES DISTRICT JUDGE