UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING
LITIGATION

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION K

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

JUDGE DUVAL
MAG. JUDGE CHASEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

00-663

MARK FREEMAN, et al

v.                                                    CIVIL ACTION NO. CV-98-RRA-3029-S

CITIBANK (SOUTH DAKOTA), N.A.;
VISA INTERNATIONAL SERVICE ASSOCIATION

## *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael

Scott Freeman (incorrectly identified as Mark Freeman) and defendant, Citibank (South

Dakota), N.A. and Visa International Service Association, who respectfully submit that

this matter has been resolved amicably by settlement, and that they wish to dismiss this

case with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
W. LEWIS GARRISON, JR.

DATE OF ENTRY
NOV 1 4 2003

___ Fee_____
X / Process____
___/ Dktd_____
___/ CtRmDep___
___ Doc. No._____

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, AL 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this _11_ day of _NOV_, 2003, on the following:

Christopher Lipsett, Esq.
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022

_____
Of Counsel

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING
LITIGATION

THIS DOCUMENT RELATES TO:
THE BELOW-CAPTIONED ACTION

CIVIL ACTION
MDL NOS. 1321 AND 1322

SECTION K

JUDGE DUVAL
MAG. JUDGE CHASEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

MARK FREEMAN, et al

v.                                                CIVIL ACTION NO. CV-98-RRA-3029-S

CITIBANK (SOUTH DAKOTA), N.A.;
VISA INTERNATIONAL SERVICE ASSOCIATION


O R D E R

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and

finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby

dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 13th day of November, 2003.

_____
UNITED STATES DISTRICT JUDGE