UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:      CIVIL ACTION
     MDL NOS. 1321 AND 1322

MASTERCARD INTERNATIONAL
INC., INTERNET GAMBLING      SECTION K
LITIGATION

THIS DOCUMENT RELATES TO:      JUDGE DUVAL
THE BELOW-CAPTIONED ACTION      MAG. JUDGE CHASEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

MARK D. EISELE, et al

V.      CASE NO. C 99 5065

VISA INTERNATIONAL SERVICE ASSOCIATION,
ASSOCIATES FIRST CAPITAL CORPORATION
and ASSOCIATES NATIONAL BANK

### *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mark D. Eisele, and defendant, Visa International Service Association, Associates First Capital Corporation and Associates National Bank, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
W. LEWIS GARRISON, JR.

DATE OF ENTRY
NOV 2 6 2003

OF COUNSEL:

GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue North
Post Office Box 113210
Birmingham, AL 35202
205-326-3336
205-326-3332 - facsimile

BARRY G. REED
Zimmerman Reed L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ  85254-2762
480-348-6400
480-348-6415 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Dismiss With Prejudice has been served by U.S. Mail, postage prepaid and properly addressed, this _18_ day of _November_, 2003, on the following:

Christopher Lipsett, Esq.
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022

_____
Of Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION<br>MDL NOS. 1321 AND 1322 |
| MASTERCARD INTERNATIONAL<br>INC., INTERNET GAMBLING<br>LITIGATION | SECTION K |
| THIS DOCUMENT RELATES TO:<br>THE BELOW-CAPTIONED ACTION | JUDGE DUVAL<br>MAG. JUDGE CHASEZ |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA,<br>SAN FRANCISCO DIVISION | |
| MARK D. EISELE, et al | |
| V. | CASE NO. C 99 5065 |
| VISA INTERNATIONAL SERVICE ASSOCIATION,<br>ASSOCIATES FIRST CAPITAL CORPORATION<br>and ASSOCIATES NATIONAL BANK | |

### ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 26 day of Nov r , 2003.

_____
UNITED STATES DISTRICT JUDGE