FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN 13 AM 11:59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL INTERNET GAMBLING LITIGATION | MDL Docket No: MDL 1321 & 1322 |

| | |
|---|---|
| MARK EISELE, on behalf of all others similarly situated, <br>    Plaintiffs <br> v. <br> VISA INTERNATIONAL SERVICE ASSOCIATION and BANK ONE CORP., <br>    Defendants | CIVIL ACTION NO. 00-667 <br><br> SECTION "K" (5) |

## *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mark D. Eisele, and defendants, Visa International Service Association and Bank One Corporation, who respectfully submit that this matter has been resolved amicably by settlement, and that they wish to dismiss this case with prejudice, with each party to bear its own costs.

DATE OF ENTRY
JAN 1 5 2004

Fee____
Process____
X Dktd____
____CtRmDep____
____Doc. No. 131

Respectfully submitted,

Barry G. Reed
Attorney for Plaintiff and Class
ZIMMERMAN REED, P.L.L.P.
14646 N. Kierland Blvd.
Suite 145
Scottsdale, AZ 85254-2762

W. Lewis Garrison, Jr.
GARISON SCOTT GAMBLE &
ROSENTHAL, P.C
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35202

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by U.S. Mail, postage prepaid and properly addressed on this 12th day of January, 2004:

R. Patrick Vance, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
  CARRERE & DENEGRE, LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

Jill A. Centella, Esq.
BANK ONE
1 Bank One Plaza
Mail Suite IL1-0286
Chicago, IL 60670-0286

*/s/ Charlotte A. Haught*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL INTERNET GAMBLING LITIGATION | MDL Docket No: MDL 1321 & 1322 |

| | |
|---|---|
| MARK EISELE, on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiffs<br>v.<br>VISA INTERNATIONAL SERVICE ASSOCIATION and BANK ONE CORP.,<br>　　　　　　　　　Defendants | CIVIL ACTION NO. 00-667<br><br>SECTION "K" (5) |

## ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss With Prejudice, and finding good cause;

IT IS HEREBY ORDERED that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this ___ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE