

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.  CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-MD-1321
00-MD-1322

SECTION "K" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LARRY THOMPSON                                                                       CIVIL ACTION

v.                                                                                                 NO. 00-1171

VISA INTERNATIONAL SERVICE ASSOC.
& WACHOVIA BANK, N.A., ET AL.

### JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 134),

**IT IS ORDERED, ADJUDGED** and **DECREED** that defendant Wachovia Bank's Motion to Dismiss (Rec. Doc. No. 106) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**. Civil Action No. 00-1171 is hereby **DISMISSED** in its

1

DATE OF ENTRY
FEB 1 2 2004

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_
X Dktd\_\_\_
\_\_ CtRmDep\_\_\_
\_\_ Doc. No.\_137

entirety.

New Orleans, Louisiana, this 11th day of February, 2004.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE