

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 FEB 12 P 2:39
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC. INTERNET GAMBLING LITIGATION | CIVIL ACTION NO. 00-MD-1321 00-MD-1322 SECTION "K" (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARK FREEMAN | CIVIL ACTION |
| v. | NO. 00-0662 |
| VISA INTERNATIONAL SERVICE ASSOC. & PROVIDIAN NATIONAL BANK | |

### JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 133),

**IT IS ORDERED, ADJUDGED** and **DECREED** that defendant Providian National Bank's Motion to Dismiss (Rec. Doc. No. 109) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**. Civil Action No. 00-0662 is hereby **DISMISSED** in

1

DATE OF ENTRY
FEB 1 2 2004

Fee____
Process____
X Dktd____
✓ CtRmDep____
__ Doc. No. 138

its entirety.

New Orleans, Louisiana, this 11th day of February, 2004.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE