

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MASTERCARD INTERNATIONAL, INC.<br>INTERNET GAMBLING LITIGATION | CIVIL ACTION<br>NO. 00-MD-1321<br>00-MD-1322 |
| | SECTION "K" (5) |

*************************************************************************

| | |
|---|---|
| **MARK D. EISELE** | CIVIL ACTION |
| v. | NO. 00-0660 |
| **VISA INTERNATIONAL SERVICE ASSOC.**<br>**& FIRST UNION NATIONAL BANK, ET AL.** | |

## JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 136),

**IT IS ORDERED, ADJUDGED** and **DECREED** that defendant Wachovia Bank's Motion to Dismiss (Rec. Doc. No. 105) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**. Civil Action No. 00-0660 is hereby **DISMISSED** in its

DATE OF ENTRY
FEB 1 3 2004

Fee____
Process____
X / Dktd____
✓ CtRmDep____
___ Doc. No. 139

entirety.

New Orleans, Louisiana, this 11th day of February, 2004.

              _____
              **STANWOOD R. DUVAL, JR.**
         **UNITED STATES DISTRICT COURT JUDGE**