Case 2:00-md-01321-SRD   Document 140   Filed 02/12/2004   Page 1 of 2



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF ~

2004 FEB 12 P 2:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.          CIVIL ACTION
INTERNET GAMBLING LITIGATION

                                                NO. 00-MD-1321
                                                   00-MD-1322

                                                SECTION "K" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARK D. EISELE                                  CIVIL ACTION

v.                                              NO. 00-1169

VISA INTERNATIONAL SERVICE ASSOC.
& PENTAGON FEDERAL CREDIT UNION, ET AL.

and

MARK D. EISELE                                  CIVIL ACTION

v.                                              NO. 00-0661

MASTERCARD INTERNATIONAL, INC.
& PENTAGON FEDERAL CREDIT UNION, ET AL.


## JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 132),

1

DATE OF ENTRY
FEB 13 2004

___ Fee____
___ Process__
X  Dktd___
___ CtRmDep__
___ Doc. No. 140

**IT IS ORDERED, ADJUDGED** and **DECREED** that defendant Pentagon Federal Credit Union's Motion to Dismiss (Rec. Doc. No. 107) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**. Civil Action Nos. 00-1169 and 00-0661 are hereby **DISMISSED** in their entirety.

New Orleans, Louisiana, this 11th day of February, 2004.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE