

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 FEB 12  P 2: 38

LORETTA G. WHYTE
           CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.                CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-MD-1321
00-MD-1322

SECTION "K" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DANIEL SILVERLIEB                                    CIVIL ACTION

v.                                                   NO. 00-1990

MASTERCARD INTERNATIONAL, INC.
& PEOPLE'S BANK CORPORATION

and

DANIEL SILVERLIEB                                    CIVIL ACTION

v.                                                   NO. 00-1995

VISA INTERNATIONAL SERVICE ASSOC.
& PEOPLE'S BANK CORPORATION

## JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 135 ),

DATE OF ENTRY
FEB 1 3 2004

\_\_ Fee\_\_
\_\_ Process\_\_
X  Dktd\_\_
\_\_ CtRmDep\_\_
\_\_ Doc. No.\_\_ 141

IT IS ORDERED, ADJUDGED and DECREED that defendant People's Bank Corporation's Motion to Dismiss (Rec. Doc. No. 110) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE**. Civil Action Nos. 00-1990 and 00-1995 are hereby **DISMISSED** in their entirety.

New Orleans, Louisiana, this 11th day of February, 2004.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE