FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 FEB 20  AM 8:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.      CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-MD-1321
00-MD-1322

SECTION "K" (5)

******************************************************************************

EVELYN L. BROWN     CIVIL ACTION

v.     NO. 00-0657

MASTERCARD INTERNATIONAL, INC.
AND FIDELITY FEDERAL BANK

## JUDGMENT

Considering the foregoing Order and Reasons (Rec. Doc. No. 142 ),

**IT IS ORDERED, ADJUDGED** and **DECREED** that defendant Fidelity Federal Bank's Motion to Dismiss (Rec. Doc. No. 108) is hereby **GRANTED** and plaintiffs' remaining claims are hereby **DISMISSED WITH PREJUDICE.** Civil Action No. 00-0657 is hereby **DISMISSED** in

1

DATE OF ENTRY
FEB 2 0 2004

___ Fee_____
___ Process_____
_X_ Dktd_CQ9___
___ CtRmDep____
___ Doc. No._143_

its entirety.

New Orleans, Louisiana, this 18th day of February, 2004.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE