

MDL 1321 K

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL

### HEARING SESSION ORDER

IT IS ORDERED that on May 27, 2004, a hearing session will be held in Baltimore, Maryland, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

Schedule of Matters for Hearing Session, Section B     p. 11
Baltimore, Maryland

MDL-1321 -- In re MasterCard International, Inc., Internet Gambling Litigation

    Opposition of Lisa Harding and Andrew Harding to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

    Northern District of California

*Retailers National Bank v. Lisa Harding, et al.*, C.A. No. 3:03-4190

MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

    Opposition of plaintiff Scott Davis to transfer of the following action to the United States District Court for the District of New Hampshire:

    Northern District of Illinois

*Scott Davis v. Dennis Kozlowski, et al.*, C.A. No. 1:03-9296

MDL-1348 -- In re Rezulin Products Liability Litigation

    Opposition of plaintiffs to transfer of their respective actions listed on Attachment B to the United States District Court for the Southern District of New York.