

MINUTE ENTRY
DUVAL, J.
July 15, 2003

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.      CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-MD-1321
c/w 00-MD-1322

SECTION "K" (5)

Counsel for plaintiffs has informed the Court that plaintiffs' motions to dismiss three underlying cases incorrectly suggested that MasterCard International, Inc. ("MasterCard") was a party to settlement. *See* attached letter from W. Lewis Garrison. Plaintiffs inadvertently included MasterCard in motions to dismiss the following cases:

(1)  *Eisele v. Mastercard International, Inc*, C.A. 00-659, (Rec. Doc. 125);
(2)  *Thompson v. Mastercard International, Inc*, C.A. 00-1993 (Rec. Doc. 126); and
(3)  *Silverlieb v. Mastercard International, Inc*, C.A. 00-1998 (Rec. Doc. 128).

The Court notes that MasterCard did not participate in the settlement of these cases and, in fact, had previously been dismissed from this litigation. Plaintiff's inclusion of MasterCard in the aforementioned motions to dismiss was an error.

DATE OF ENTRY
JUN 1 5 2004

1

## GARRISON SCOTT GAMBLE & ROSENTHAL, P.C.

2224 1st Avenue North
Birmingham, Alabama 35203

W. LEWIS GARRISON, JR.*
ROMAINE S. SCOTT, III
J. CALLEN SPARROW
F. PAGE GAMBLE
RICHARD R. ROSENTHAL
CHRISTOPHER E. FITZGERALD•
HONZA J.F. PRCHAL†
W. A. HOPTON-JONES, JR.†
URSULA TRACY DOYLE▲
WILLIAM L. BROSS

Mailing Address:
Post Office Box 11310
Birmingham, Alabama 35202

Mississippi Office:
2113 Government Street, D-3
Ocean Springs, Mississippi 39564
(228) 875-9072

TELEPHONE: (205) 326-3336
FACSIMILE: (205) 326-3332
WATS: 1-800-241-9779
http://www.gsattys.com

*ALSO ADMITTED IN GEORGIA
•ADMITTED IN MISSISSIPPI ONLY
†ALSO ADMITTED IN MISSISSIPPI
▲ ALSO ADMITTED IN MISSISSIPPI
AND NEW JERSEY

February 17, 2004

**VIA OVERNIGHT MAIL**

Hon. Stanwood Duval
U.S. District Judge
U.S. District Court
500 Camp Street
New Orleans, LA 70130

Re:   In Re: MasterCard International, Inc. Internet Gambling Litigation

Dear Judge Duval:

We have been advised by counsel for MasterCard that our motion to dismiss three cases that were settled may have suggested that MasterCard was a party to the settlement.

The three cases are *Eisele v. MasterCard, Associates First Capital Corporation and Associates National Bank; Thompson v. MasterCard, CitiGroup and CitiBank;* and *Silverlieb v. MasterCard and AT&T Credit Consumer Finance.* The motions we filed and the orders you signed dismissing these cases are attached.

MasterCard has pointed out to us that we inadvertently included them in our motions to dismiss, implying that they may have participated in the settlement. Inclusion of MasterCard in our motion was by error. MasterCard did not participate in these settlements and in fact, had already been dismissed from this litigation.

If Your Honor wishes for us to file anything further clarifying this situation, please do not hesitate to let me know.

Yours very truly,

GARRISON SCOTT GAMBLE & ROSENTHAL, P.C.

W. Lewis Garrison, Jr.

WLGJr/spm
Enclosures
cc:   Anthony Rollo, Esq.