U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 21 2004
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1321

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MASTERCARD INTERNATIONAL, INC., INTERNET GAMBLING LITIGATION* In RE MASTERCARD INT'l. INC. MDL 1321 K

*Retailers National Bank v. Lisa Harding, et al.,* N.D. California, C.A. No. 3:03-4190

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL**[*]

### ORDER VACATING PRIOR ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by Andrew and Lisa Harding, the husband and wife who are the defendant/cross-claimants in a Northern District of California action (*Harding*). Movants ask the Panel to vacate its January 26, 2004 order i) conditionally transferring the action to the Eastern District of Louisiana for inclusion in the MDL-1321 proceedings occurring there in this docket before Judge Stanwood R. Duval, Jr., and ii) simultaneously separating and remanding to the Northern District of California the claims of plaintiff Retailer National Bank (the result being that only the Hardings' claims in their "Cross-Complaint for Injunctive and Declaratory Relief" would be transferred under Section 1407). Five defendants named in the Hardings' cross-complaint, MasterCard International Incorporated (MasterCard), VISA U.S.A., Inc. (VISA), VISA International Service Association, Fleet Financial Group, Inc., and Citibank N.A., support transfer.[1]

---

[*] Four members of the Panel would be disqualified in this matter due to shareholdings in one or more of the interested parties. The Panel therefore invoked the "rule of necessity" with respect to these actions, and all members participated in the decision in order to provide the forum created by the governing statute, 28 U.S.C. § 1407. *See In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation,* 170 F.Supp.2d 1356, 1357-58 (J.P.M.L. 2001).

[1] Judge Duval was also the transferee judge in an MDL-1321 companion docket, MDL-1322, *In re Visa International Association Internet Gambling Litigation*. The Section 1407 movant and certain of the plaintiffs' counsel were the same in both dockets, with the principal difference being that in MDL-1321 MasterCard and its member banks were sued, whereas in MDL-1322 the defendants were VISA and VISA member banks. After entry of the initial MDL-1321 and MDL-1322 transfer orders, the Panel was later presented with potential tag-along actions in which VISA and MasterCard were sued in the same action. The Panel transferred such actions for inclusion in MDL-1321, without further division and transfer of the VISA claims for inclusion in MDL-1322, which Judge Duval had previously coordinated with MDL-1321 in the transferee district.

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

June 15, 2004

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1321 -- In re MasterCard International, Inc., Internet Gambling Litigation

    *Retailers National Bank v. Lisa Harding, et al.,* N.D. California, C.A. No. 3:03-4190

Dear Mr. Wieking :

    I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

                      Very truly,

                        Michael J. Beck
                      Clerk of the Panel

                      By _____
                              Deputy Clerk

Enclosure

cc:    Transferee Judge:    Judge Stanwood R. Duval, Jr.
       Transferor Judge:     Judge Vaughn R. Walker
       Hearing District Clerk: Felicia C. Cannon

JPML Form 87