

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: MASTERCARD INTERNATIONAL, INC.　　　　CIVIL ACTION
INTERNET GAMBLING LITIGATION

NO. 00-MD-1321
c/w 00-MD-1322

SECTION "K" (5)

ORDER

Considering the foregoing Multidistrict Litigation Panel Order Vacating Prior Order (Rec. Doc. 146) and the various Orders and Judgments dismissing all underlying cases in this matter,

**IT IS ORDERED** that, subject to any further action by the Multidistrict Litigation Panel, Civil Action Nos. 00-MD-1321 and 00-MD-1322 are hereby **DISMISSED**. The clerk shall term these cases upon receipt of this Order.

Signed this 12th day of July, 2004, in New Orleans, Louisiana.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
JUL 1 3 2004

___ Fee ___
___ Process ___
X  Dktd
___ CtRmDep
___ Doc. No 147